AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff(s)*<br>v.<br>BTC-e, a/k/a CANTON BUSINESS CORP., and ALEXANDER VINNIK<br><br>*Defendant(s)* | Civil Action No. 4:19-cv-4281-KAW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   BTC-e, a/k/a CANTON BUSINESS CORPORATION

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Kirstin M. Ault, AUSA
    U.S. Attorney's Office
    450 Golden Gate Avenue, Box 36055
    San Francisco, CA  94102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/26/2019

*Susan Y. Soong*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 4:19-cv-4281-KAW |
| BTC-e, a/k/a CANTON BUSINESS CORP., and ALEXANDER VINNIK | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

ALEXANDER VINNIK

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kirstin M. Ault, AUSA
U.S. Attorney's Office
450 Golden Gate Avenue, Box 36055
San Francisco, CA  94102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Susan Y. Soong*

*Signature of Clerk or Deputy Clerk*

Date: 07/26/2019