DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6940
    FAX: (415) 436-6748
    Kirstin.ault@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>BTC-e, a/k/a CANTON BUSINESS CORP.,<br><br>and<br><br>ALEXANDER VINNIK,<br><br>    Defendants. | CASE NO. CV 19-04281 KAW<br><br>CONSENT TO MAGISTRATE JUDGE AUTHORITY |

In accordance with the provisions of 28 U.S.C. § 636(c), the United States hereby consents to have United States Magistrate Judge Kandis Westmore conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated: August 13, 2019

                                                          Respectfully submitted,

                                                          DAVID L. ANDERSON
                                                          United States Attorney

                                    By:      /s
                                                          KIRSTIN M. AULT
                                                          Assistant United States Attorney

CONSENT TO MAG. JUDGE
NO. CV 19-04281 KAW