DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:19-cv-04281 KAW |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF** |
| v. | |
| BTC-e, a/k/a CANTON BUSINESS CORP., and | |
| ALEXANDER VINNIK | |
| Defendants. | |

PLEASE TAKE NOTICE THAT with this filing, Assistant United States Attorney Savith Iyengar is appearing as counsel for Plaintiff United States of America ("Plaintiff") in this action. Assistant United States Attorney Kirstin M. Ault is no longer counsel for Plaintiff in this action. Accordingly, please have future ECF notices sent to Savith Iyengar at savith.iyengar@usdoj.gov as counsel of record and the person to be noticed.

                                            Respectfully submitted,

                                            DAVID L. ANDERSON
                                            United States Attorney

Dated: April 24, 2020              By:    */s/ Savith Iyengar*
                                                      SAVITH IYENGAR
                                                        Assistant United States Attorney