DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:19-cv-04281 KAW |
| Plaintiff, | **STATUS REPORT** |
| v. | |
| BTC-e, a/k/a CANTON BUSINESS CORP., | |
| and | |
| ALEXANDER VINNIK | |
| Defendants. | |

      Plaintiff United States of America ("Plaintiff" or the "United States") submits this status report pursuant to the Clerk's Notice dated February 12, 2020, directing Plaintiff to file a status report no later than March 6, 2020.  ECF No. 8.  Plaintiff apologizes for the delay in submitting this report, which resulted from oversight in failing to file a notice of substitution of counsel to redirect ECF notifications, including the Clerk's Notice, following the departure of Plaintiff's prior counsel in this action.  Notice of substitution has now been filed, *see* ECF No. 9, and Plaintiff will receive notification of—and timely respond to—all future notices from the Court.

      Despite its diligence, the United States has not yet been able to serve Defendants.  Defendants are located in a foreign country and, as a result, service is governed by Federal Rule of Civil Procedure 4(f).  Rule 4(m), which sets forth a time limit for service, "does not apply to service in a foreign country

under Rule 4(f)[.]" Fed. R. Civ. P. 4(m).  Nevertheless, Plaintiff has been diligent in attempting to serve Defendants abroad.  After filing the complaint on July 25, 2019, ECF No. 1, Plaintiff began the process of serving Defendants pursuant to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention").  At that time, Defendants were located in Greece.  Accordingly, Plaintiff translated the complaint and summons to Greek and completed the Request for Service Abroad of Judicial or Extrajudicial Documents, as required by the Hague Service Convention.  However, in January 2020, before Plaintiff could complete service, Defendant Vinnik was extradited to France.  Accordingly, the United States is in the process of re-translating the appropriate documents into French in order to accomplish service on Defendants in France.

If the Court deems it appropriate, the United States will file another status report in ninety days, or by July 23, 2020.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated: April 24, 2020       By:   */s/ Savith Iyengar*
                                   SAVITH IYENGAR
                                   Assistant United States Attorney