DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:19-cv-04281 KAW |
| Plaintiff, | **STATUS REPORT** |
| v. | |
| BTC-e, a/k/a CANTON BUSINESS CORP., | |
| and | |
| ALEXANDER VINNIK, | |
| Defendants. | |

Plaintiff United States of America ("Plaintiff" or the "United States") submits this status report pursuant to the Clerk's Notice dated April 27, 2020. ECF No. 11.

The United States has been acting diligently to serve defendants BTC-e, a/k/a Canton Business Corp., and Alexander Vinnik (collectively, "Defendants"), but to date has not been able to complete service. Defendants are located in a foreign country and, as a result, service is governed by Federal Rule of Civil Procedure 4(f). Rule 4(m), which sets forth a time limit for service, "does not apply to service in a foreign country under Rule 4(f)." Nevertheless, the United States has been attempting to promptly serve Defendants abroad. After filing the complaint on July 25, 2019, ECF No. 1, Plaintiff began the process of serving Defendants pursuant to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention"). At that time,

Defendants were located in Greece.  Accordingly, Plaintiff translated the complaint and summons to Greek and completed the Request for Service Abroad of Judicial or Extrajudicial Documents, as required by the Hague Service Convention.  However, in January 2020, before the United States could complete service, Defendant Vinnik was extradited to France.  Accordingly, Plaintiff began the process of re-translating the appropriate documents into French and effectuating service on Defendants in France.

On April 24, 2020, the United States provided an update to the Court respectfully requesting, for the foregoing reasons, that the Court permit it to file another status report in ninety days, or by July 23, 2020, which the Court granted.  ECF Nos. 10, 11.  Since that time, Plaintiff has continued the process of re-translating the appropriate documents into French and effectuating service on Defendants in France, however Plaintiff's resources have been significantly impacted by the effects of the COVID-19 virus and Plaintiff has not yet been able to complete this process.  Accordingly, if the Court deems it appropriate, the United States will file another status report in ninety days, or by October 21, 2020.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated: July 22, 2020          By:    */s/ Savith Iyengar*
                                     SAVITH IYENGAR
                                     Assistant United States Attorney