DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:19-cv-04281 KAW |
| Plaintiff, | **STATUS REPORT AND [PROPOSED] ORDER** |
| v. | |
| BTC-e, a/k/a CANTON BUSINESS CORP., and ALEXANDER VINNIK, | |
| Defendants. | |

Plaintiff United States of America (the "United States") respectfully submits this status report and proposed order pursuant to the Clerk's Notice dated October 22, 2020. ECF No. 15. The United States has been working diligently to serve defendants BTC-e, a/k/a Canton Business Corp., and Alexander Vinnik (collectively, "Defendants") abroad, and expects to complete service within the next sixty (60) days.

As the United States previously conveyed to the Court, Federal Rule of Civil Procedure 4(m) exempts "service in a foreign country" from its time limits. ECF Nos. 10, 12, 14. Nevertheless, the United States has been attempting to promptly serve Defendants abroad. After the United States filed its complaint on July 25, 2019, and because Defendants were in Greece at that time, the United States began the process of translating the complaint and summons into Greek under the Convention on the

Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention"). In January 2020, after the United States completed the Request for Service Abroad of Judicial or Extrajudicial Documents required by the Hague Service Convention but before it completed service, Defendant Vinnik was extradited to France. The United States began the process of re-translating the appropriate documents into French and effectuating service on Defendants in France.

At the time of the United States' last status report, Defendant Vinnik was on trial in France, and the United States reported that the outcome of his trial may determine whether he remains in France or is extradited, and that the United States expected to serve him within thirty (30) days. Since that time, Defendant Vinnik has been convicted and was sentenced to a prison term in France on or about December 7, 2020. These developments affected the United States' ability to complete service on Defendants, however the United States now expects to complete service through appropriate authorities within sixty (60) days. Accordingly, the United States respectfully requests that the Court allow the United States to file another status report in sixty (60) days, or by February 19, 2021.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated: December 21, 2020     By:     */s/ Savith Iyengar*
                                     SAVITH IYENGAR
                                     Assistant United States Attorney

///
///

1 **[PROPOSED]  ORDER**

IT IS HEREBY ORDERED that plaintiff United States of America shall file a Status Report by February 19, 2021.

SO ORDERED.

Dated: ~~_____~~ January 7, 2021 , ~~2020~~



HON. KANDIS A. WESTMORE
United States Magistrate Judge