DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:19-cv-04281 KAW |
| Plaintiff, | **STATUS REPORT AND [PROPOSED] ORDER** |
| v. | |
| BTC-e, a/k/a CANTON BUSINESS CORP., and | |
| ALEXANDER VINNIK, | |
| Defendants. | |

    Plaintiff United States of America (the "United States") respectfully submits this status report and proposed order pursuant to the Court's Order dated January 7, 2021. ECF No. 17. The United States continues to work diligently to serve defendants BTC-e, a/k/a Canton Business Corp., and Alexander Vinnik (collectively, "Defendants") abroad, and respectfully requests that the Court allow the United States to file another status report in sixty (60) days regarding its efforts to complete service on Defendants.

    As the United States previously conveyed to the Court, Federal Rule of Civil Procedure 4(m) exempts "service in a foreign country" from its time limits. ECF Nos. 10, 12, 14, 16. Nevertheless, the United States has been attempting to promptly serve Defendants abroad. After the United States filed its complaint on July 25, 2019, and because Defendants were in Greece at that time, the United States

STATUS REPORT
4:19-CV-04281 KAW                                                                                         1

1  began the process of translating the complaint and summons into Greek under the Convention on the
2  Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague
3  Service Convention").  In January 2020, after the United States submitted a Request for Service Abroad
4  of Judicial or Extrajudicial Documents required by the Hague Service Convention, but before the Greek
5  Central Authority completed service, Defendant Vinnik was extradited to France.  The United States
6  began the process of re-translating the appropriate documents into French and effectuating service on
7  Defendants in France.

8       As of October 21, 2020, Defendant Vinnik was on trial in France, and the United States reported
9  to the Court that the outcome of his trial may determine whether he remains in France or is extradited.
10 On or about December 7, 2020, Defendant Vinnik was convicted and sentenced to a prison term in
11 France.  These developments affected the United States' ability to complete service on Defendants,
12 however the United States expects to complete service through appropriate authorities.  This process is
13 ongoing.  Accordingly, the Untied States respectfully requests that the Court allow it to file another
14 status report in sixty (60) days, or by April 20, 2021, regarding its efforts to serve Defendants.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated: February 19, 2021       By:    /s/ Savith Iyengar
                                      SAVITH IYENGAR
                                      Assistant United States Attorney

27 ///
28 ///

STATUS REPORT
4:19-CV-04281 KAW                              2

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that plaintiff United States of America shall file a Status Report by April 20, 2021.

SO ORDERED.

Dated: _____February 24_____, 2021

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

*IT IS SO ORDERED — Judge Kandis Westmore — United States District Court, Northern District of California*