1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  SAVITH IYENGAR (CABN 268342)
   Assistant United States Attorney
4
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7200
6     Fax: (415) 436-6748
      savith.iyengar@usdoj.gov
7
8  Attorneys for the United States of America

                UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

                      OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:19-cv-04281 KAW |
| Plaintiff, | **STATUS REPORT AND [PROPOSED] ORDER** |
| v. | |
| BTC-e, a/k/a CANTON BUSINESS CORP., and | |
| ALEXANDER VINNIK, | |
| Defendants. | |

      Plaintiff United States of America (the "United States") respectfully submits this status report and proposed order pursuant to the Court's Order dated February 24, 2021. ECF No. 19. The United States continues to work diligently to serve defendants BTC-e, a/k/a Canton Business Corp., and Alexander Vinnik (collectively, "Defendants") abroad, and respectfully requests that the Court allow the United States to file another status report in ninety (90) days regarding its efforts to complete service on Defendants.

      As the United States previously conveyed to the Court, Federal Rule of Civil Procedure 4(m) exempts "service in a foreign country" from its time limits. ECF Nos. 10, 12, 14, 16, 18. Nevertheless, the United States has been attempting to promptly serve Defendants abroad. After the United States filed its complaint on July 25, 2019, and because Defendants were in Greece at that time, the United

STATUS REPORT
4:19-CV-04281 KAW                             1

States began the process of translating the complaint and summons into Greek under the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention"). In January 2020, after the United States submitted a Request for Service Abroad of Judicial or Extrajudicial Documents required by the Hague Service Convention, but before the Greek Central Authority completed service, Defendant Vinnik was extradited to France. The United States began the process of re-translating the appropriate documents into French and effectuating service on Defendants in France.

     As of October 21, 2020, Defendant Vinnik was on trial in France, and the United States reported to the Court that the outcome of his trial may determine whether he remains in France or is extradited. On or about December 7, 2020, Defendant Vinnik was convicted and sentenced to a prison term in France. These developments affected the United States' ability to complete service on Defendants, however the United States expects to complete service through appropriate authorities. This process remains ongoing. Accordingly, the Untied States respectfully requests that the Court allow it to file another status report in ninety (90) days, or by July 19, 2021, regarding its efforts to serve Defendants.

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

Dated: April 20, 2021               By:    */s/ Savith Iyengar*
                                             SAVITH IYENGAR
                                             Assistant United States Attorney

///
///

## ~~[PROPOSED]~~ ORDER

IT IS HEREBY ORDERED that plaintiff United States of America shall file a Status Report by July 19, 2021.

SO ORDERED.

Dated: _____April 22_____, 2021        _____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

*IT IS SO ORDERED*
*Kandis Westmore*
*Judge Kandis Westmore*