STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BTC-e, a/k/a CANTON BUSINESS CORP., <br><br> and <br><br> ALEXANDER VINNIK, <br><br> Defendants. | CASE NO. 4:19-cv-04281 KAW <br><br> **CERTIFICATE OF TRANSMISSION FOR SERVICE ON BTC-E, A/K/A CANTON BUSINESS CORP., AND ALEXANDER VINNIK** |

    The undersigned hereby certifies that she is an employee of the United States Attorney's Office for the Northern District of California and is a person of such age and discretion to be competent to serve papers. On August 5, 2021, the undersigned transmitted two true and correct copies of the following documents, together with two copies of French translations thereof:

    1. Cover Letter from the United States Attorney's Office for the Northern District of California to the French Central Authority, dated August 2, 2021;

    2. Request for Service Abroad of Judicial Documents ("Request") under the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention");

    3. Complaint (ECF No. 1);

    4. Civil Cover Sheet (ECF No. 1-1);

CERTIFICATE OF SERVICE
4:19-CV-04281 KAW                        1

5. Summonses Issued as to BTC-e, a/k/a Canton Business Corp., and Alexander Vinnik (ECF No. 5);

6. Clerk's Notice Regarding Assignment to United States Magistrate Judge Kandis A. Westmore and Election Form (ECF No. 6);

7. Standing Order for Magistrate Judge Kandis A. Westmore, Settlement Conference Standing Order for Magistrate Judge Kandis A. Westmore, Notice Re: Telephonic Appearance Procedures for Magistrate Judge Kandis A. Westmore and Attachment A, and U.S. Magistrate Judge Kandis A. Westmore Sample of Trial Exhibit Tags;

8. Standing Order for All Judges of the Northern District of California;

9. ECF Registration Information;

10. Notice of Lawsuit and Request to Waiver Service of Summons;

11. Waiver of the Service of Summons; and

12. Notice of Assignment of Case to United States Magistrate Judge for Trial and Election Form

by placing the documents listed above in a sealed FEDERAL EXPRESS envelope and affixing a prepaid air bill, and causing the envelope to be delivered to a Delivery Service agent for international priority delivery (Tracking No. 8112-5277-3566) to the French Central Authority designated for service under the Hague Service Convention at the address below:

> Ministère de la Justice
> Bureau de l'Entraide Judiciaire Internationale
> 13, place Vendôme
> 75042 Paris Cedex 01, France

The Request (Item No. 2, *supra*), requests that the French Central Authority, pursuant to the Hague Service Convention, forward the above-listed documents to:

> Alexander Vinnik
> La Santé Prison
> 42 Rue de la Santé
> 75014 Paris, France

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 5, 2021          By: _____
                                    STEFANIA M. CHIN
                                    Legal Assistant