STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>BTC-e, a/k/a CANTON BUSINESS CORP.,<br><br>and<br><br>ALEXANDER VINNIK,<br><br>    Defendants. | CASE NO. 4:19-cv-04281 KAW<br><br>**STATUS REPORT AND [~~PROPOSED~~] ORDER** |

    Plaintiff United States of America (the "United States") respectfully submits this status report and proposed order pursuant to the Court's Order dated July 23, 2021. ECF No. 23. The United States continues to work diligently to serve defendants BTC-e, a/k/a Canton Business Corp., and Alexander Vinnik (collectively, "Defendants") abroad under the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention"), and respectfully requests that the Court allow the United States to file another status report in ninety (90) days regarding its efforts to complete service on Defendants.

    As the United States has previously conveyed to the Court, Federal Rule of Civil Procedure 4(m) exempts "service in a foreign country" from its time limits. *See* ECF No. 22. Nevertheless, the United States has been attempting to promptly serve Defendants abroad. *Id.* After the United States filed its

complaint on July 25, 2019, and because Defendant Vinnik was located in Greece at that time, the United States began the process of translating the complaint and summons into Greek under the Hague Service Convention. *Id.* In January 2020, after the United States submitted a Request for Service Abroad of Judicial or Extrajudicial Documents required by the Hague Service Convention, but before the Greek Central Authority completed service, Defendant Vinnik was extradited to France. *Id.* The United States began the process of re-translating the appropriate documents into French and effectuating service on Defendants in France. *Id.* The United States expects to complete service on Defendant Vinnik in France through appropriate authorities, including by following the process set forth by the Hague Service Convention. *Id.*

Since the date of the United States' prior status report, the United States certified to this Court on August 5, 2021 that the United States had transmitted its request for service abroad and all required documents to the French Central Authority pursuant to the Hague Service Convention. *See* ECF No. 24. The United States thereafter inquired with the French Central Authority regarding the status of the request, and was notified on October 14, 2021 that the request "was sent to the relevant French jurisdiction last week (on 10-06-2021)," and that the United States could expect to receive more information regarding service before the end of the year. Accordingly, the United States respectfully requests that the Court allow it to file another status report in ninety (90) days, or by January 17, 2022, regarding its efforts to serve Defendants.

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

Dated: October 18, 2021      By:     */s/ Savith Iyengar*
                                     SAVITH IYENGAR
                                     Assistant United States Attorney

///

///

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED that plaintiff United States of America shall file a Status Report by January 17, 2022.

SO ORDERED.

Dated: October 21, 2021

*Kandis Westmore*
HON. KANDIS A. WESTMORE
United States Magistrate Judge