# Exhibit A



MINISTRY OF
JUSTICE
*Liberty*
*Equality*
*Fraternity*

Civil Affairs and Seals Directorate

Paris, 01/19/2022

KEEPER OF THE SEALS, MINISTER OF JUSTICE
To
THE UNITED STATES ATTORNEY'S
OFFICE – SAVITH
IYENGAR, DEPUTY ATTORNEY
450 GOLDEN GATE AVE., 9TH FL.,
BOX 36055
CA 94102 SAN FRANCISCO
UNITED STATES OF AMERICA

Department of mutual legal assistance,
international private and international law

**Reference to provide:**
5545TR2021 UNITED STATES OF
AMERICA
Request from the United States Attorney's
Office dated 07/20/21 – Complaint and
subpoena introductory to civil proceedings
against defendants

**Addressee**: Mr. Alexander VINNIK – LA
SANTÉ PRISON – 42 RUE DE LA SANTÉ
– 75014 PARIS

[Stamp] 20.12.    000429

**Subject: Return of a request to serve a judicial act.**

**Reference text**: Circular NOR JUS CO5 20 961 C (CIV/20/05) of February 1, 2006, on "Service of international judicial and extra-judicial acts in civil and commercial matters" [the practical part of the circular is available online at the address: www.entraide-civile-internationale.justice.gouv.fr

    I have the pleasure of sending you herewith the documents drawn up in response to a request for international service.

PF

Seal of the Ministry of Justice
[Seal] Ministry of Justice

13, place Vendôme – 75042 Paris Cedex 01
Telephone: 01 44 77 62 43 or 64 56 or 65 51 or 65 73
www.justice.gouv.fr

## CERTIFICATE

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

☑ **1. that the document has been served***

| - the (date): | November 18, 2021 |
|---|---|
| - at (place, street, number): | 114 avenue du Maine – 75014 Paris |

| - in one of the following methods authorised by Article 5: | |
|---|---|
| ☐ | a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention* |
| ☐ | b) in accordance with the following particular method*: |
| ☐ | c) by delivery to the addressee, if he accepts it voluntarily* |

The documents referred to in the request have been delivered to:

| Identity and description of person: | Mr. Alexander VINNIK, addressee |
|---|---|
| Relationship to the addressee (family, business or other): | |

☐ **2. that the document has not been served, by reason of the following facts*:**
que la demande n'a pas été exécutée, en raison des faits suivants*:

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*

**Annexes**

| Documents returned: | |
|---|---|
| In appropriate cases, documents establishing the service: | Process-verbal no. 2021:011995 drawn up on November 18, 2021 by Mr. Steve MENU, sergeant at the police station of Paris, 14th arrondissement |

* If appropriate

| Done at Paris The 19th of January 2022 | Signature and/or stamp / Signature / |
|---|---|

FRENCH REPUBLIC
MINISTRY OF THE INTERIOR
GENERAL DIRECTORATE OF THE
NATIONAL POLICE
PARIS POLICE HEADQUARTERS
_____

CENTRAL POLICE STATION 14TH
ARRONDISSEMENT
DTSP75 [Territorial Directorate of Home
Security]
114, AVENUE DU MAINE
75014 PARIS
Ph.: 3430
Fax: 01 42 26 90 60
INSEE Code: 75114351

**P.V. No. 2021/011995**
_____

**CASE:**
**vs Alexander VINNIK**
**Service of civil act**

**SUBJECT:**
**REFERRAL TO COURT**

---

[handwritten] *Intern. legal assist.*

# PROCESS-VERBAL
### PV no. 01903/2021/011995

[Stamp] Mail received – NOV 25, 2021 – Section A2]
[Stamp] RECEIVED – JAN 11, 2022 – BDIP]

The year two thousand twenty-one,
The eighth of November at two forty-two p.m.

We, STEVE MENU
POLICE SERGEANT
On duty in PARIS 14

OFFICER OF THE JUDICIAL POLICE residing in
PARIS
--- While in service,
--- Executing the instructions contained in the warrant no.
WITHOUT REFERENCE dated 10/19/2021 from THE
PUBLIC PROSECUTOR at the Court of Justice [TJ] in
PARIS. ---
--- Carrying out the preliminary investigation,
--- Having regard to Articles 75 et seq. of the Code of
Criminal Procedure, ---

--- Acting in accordance with the instructions of Mr.
Florent SAUVAGET, Police commander, Judicial
Police officer in charge of the service ---
--- Are the recipients of the execution of instructions
issued by section A2 of the Paris Court of Justice
dated 10/06/2021, reference no. 5545TR2021/United
States of America ---
--- Instructions are given to transmit to Mr. Alexander
VINNIK, detained at the Maison de la Santé, a civil
act based on the Hague Convention ---
--- We proceed with the execution and place the
process-verbals in chronological order after this one. -
--- Of which this is the referral to court [sic].

OFFICER OF THE JUDICIAL POLICE
/ Signature /

2021/0080033507

PUBLIC PROSECUTOR'S OFFICE WITH      Paris, March 13, 2019
THE DISTRICT COURT OF PARIS
*****
A2 Enforcement of Sentences

## PERMANENT COMMUNICATION AUTHORIZATION

We, Bernard BELOTTE, first deputy prosecutor with the District Court of PARIS,

Considering the protocol relating to the reporting and handling of incidents and offenses at the correctional center at Paris La Santé

Authorize all judicial police officers and constables assigned to the police station of the 14th arrondissement and to the 3rd judicial police district of Paris to communicate with any individual incarcerated at the correctional center at Paris La Santé,

For the purpose, namely, of interviewing and carrying out all acts needed to find out the truth, for purposes of the investigation, while respecting the rules governing the functioning of the correctional institution.

The investigators are authorized to bring and use a portable computer, a printer and all cables and accessories required for the operation of said computer and printer.

For the PROSECUTOR OF THE REPUBLIC

[Stamp]      / Signature /      [Seal]
Bernard BELOTTE,      [illegible]
first deputy prosecutor      Public Prosecutor with
      theDistrict Court of Paris

/ initials /

FRENCH REPUBLIC
MINISTRY OF THE INTERIOR
GENERAL DIRECTORATE OF THE
NATIONAL POLICE
PARIS POLICE HEADQUARTERS
_____

CENTRAL POLICE STATION 14TH
ARRONDISSEMENT
DTSP75
114, AVENUE DU MAINE
75014 PARIS
Ph.: 3430
Fax: 01 42 26 90 60
INSEE Code: 75114351

**P.V. No. 2021/011995**
_____

**CASE:
vs Alexander VINNIK
Service of civil act**

**SUBJECT:
REQUEST FOR
TRANSLATOR**

# PROCESS-VERBAL

The year two thousand twenty-one,
The eighteenth of November at ten a.m.

We, ELIZABETH BUTEUX
SENIOR POLICE SERGEANT
On duty in PARIS 14

OFFICER OF THE JUDICIAL POLICE residing in
PARIS
--- While in service,
--- Executing the instructions contained in the warrant no.
WITHOUT REFERENCE dated 10/19/2021 from THE
PUBLIC PROSECUTOR at the Court of Justice [TJ] in
PARIS. ---
--- Carrying out the preliminary investigation,
--- Having regard to Articles 75 et seq. of the Code of
Criminal Procedure, ---
--- Assisted by STEVE MENU POLICE SERGEANT
being in service,
--- Considering article 77-1 of the Code of Criminal
Procedure, ---

**--- We ask and, if necessary, request ---**
--- Mrs. Maïa ALKHANISHVILI, residing at Paris-
15, Russian language translator who was sworn in ---.

**--- For the purpose of carrying out the following
acts: ---**
--- To please proceed with the interpretation of the
service, on this day, of the civil act pertaining to the
person hereafter designated detained at the La Santé
prison at 75014 Paris: ---
--- Mr. ALEXANDER VINNICK born on ███ /1979 in
KURGAN (RUSSIA), RUSSIAN citizen, residing at 42,
RUE DE LA SANTE in PARIS 75014 14th
Note: de la Santé Prison ---

--- For her personal guarantee and to let her know, the
original of this requisition is provided to Mrs. Maïa
ALKHANISHVILI, residing at Paris-15 ---

|  | --- Which is hereby recorded. --- |
|  | Assistant |
|  | OFFICER OF THE JUDICIAL POLICE |
|  | / Signature / |
|  | / Signature / |
|  | [Seal] illegible] POLICE HEADQUARTERS |
|  | Territorial Directorate of Home Security |
|  | Directorate [illegible] |

2021/0080033507



Assist –Serve – Protect
LOCAL SECURITY
PARIS CONURBATION

POLICE PREFECTURE
DTSP75 [Territorial Directorate of Home Security]
3RD District
CP 14
SAIP 14

## SWEARING IN OF INTERPRETER

Case against [handwritten] *Alexander VINNIK*
PV no. [handwritten] *2021/11995*

The interpreter named hereafter:

Last name: [handwritten] *ALKHANISHVILI*
First name: [handwritten] *Maïa*

Takes the oath to honorably and conscientiously perform her duties toward justice in accordance with the provisions of Article 60a12 of the Code of Criminal Procedure.

The Interpreter,

[Handwritten] *11/23/2021*
/initials/

Seen and attached,
/initials/

FRENCH REPUBLIC
MINISTRY OF THE INTERIOR
GENERAL DIRECTORATE OF THE
NATIONAL POLICE
PARIS POLICE HEADQUARTERS
_____

CENTRAL POLICE STATION 14TH
ARRONDISSEMENT
DTSP75
114, AVENUE DU MAINE
75014 PARIS
Ph.: 3430
Fax: 01 42 26 90 60
INSEE Code: 75114351

**P.V. No. 2021/011995**
_____

**CASE:**
**vs Alexander VINNIK**
**Service of civil act**

**SUBJECT:**
**Service of Civil Act**

# PROCESS-VERBAL
**PV no. 01903/2021/011995**

The year two thousand twenty-one,
The eighteenth of November

We, STEVE MENU
POLICE SERGEANT
On duty in PARIS 14

OFFICER OF THE JUDICIAL POLICE residing in PARIS
--- While in service,
--- Pursuing the execution of the instructions contained in the warrant no. WITHOUT REFERENCE dated 10/19/2021 from THE PUBLIC PROSECUTOR at the Court of Justice in PARIS. ---
--- The instructions requesting the service of a civil act, ---
--- Carrying out the preliminary investigation,
--- Having regard to Articles 75 et seq. of the Code of Criminal Procedure, ---

--- Having a permanent authorization to communicate issued by the First Deputy Public Prosecutor at the Court of Justice in PARIS. ---
**---** We go to the la **Santé prison in Paris** at **42 rue de la Santé in the 14ᵗʰ PARIS arrondissement** for the purpose of serving a civil act. ---
--- We enter the perimeter of the establishment, ---
--- It is [handwritten] *10:30 a.m.* ---
--- Set up in a room generally referred to as "visiting room" we requested and note the arrival of the individual named Alexander VINNIK, currently held at the La Santé prison at 42 rue de la Santé in the 14th PARIS arrondissement, under prison number. ---
--- WITH RESPECT TO HIS RIGHTS ---
--- "I confirm that I am in your presence of my free will and I understand that, upon the instructions of the judicial tribunal in Paris, I am called for the purpose of the service of a legal act issued by the United States Department of Justice and dated 07/20/2021; note number 2021/110." ---
--- WITH RESPECT TO THE FACTS ---

|  | --- "I take note that you are handing to me personally a judicial act pertaining to civil matters dated 08/02/2021 sent from the United States of America for the purpose of applying a legal administrative sanction ---<br>--- I take note that I am receiving this act and its translation as it was transferred to the service prior to being handed over to me personally ---<br>--- I confirm that prior to the document being handed over, I was informed of my right to refuse by virtue of Article 688-6 of the Code of Criminal Procedure, namely if this act is in a language that I do now know ---<br>--- I also confirm that I have indeed received a receipt stating the date and the circumstances under which this act was given to me ---<br>--- After he read it himself, the declarant persisted and signed this document with us" --- [handwritten] *After* The declarant        *ALKHANISHVILI [illegible]*<br><div align="center">[Seal] illegible] POLICE HEADQUARTERS<br>Paris Territorial Directorate of Home Security<br>Directorate [illegible] Paris Arrondissement [illegible]<br>AF14-27<br>/ Signature /</div><br><div align="right">[handwritten] *11/13/21*</div> |
|---|---|

[Handwritten] *Through the intervention of Mrs. Maïa ALKHANISHVILI who provided the interpretation from the Russian.*

2021/0080033507

**ANNEX 1**
CERTIFICATE OF DELIVERY OR NON-DELIVERY OF DOCUMENT
**(TO BE RETURNED TO THE REQUESTING AUTHORITY)**
(Article 688-7 of the Code of Civil Procedure)

**1 – Authority delivering the act:**
> [stamp]
> DSPAP [Local Security Paris Conurbation]
> Police Headquarters 14th Arrondissement
> 15 avenue du Général Leclerc
> 75011 PARIS

_____

**2 – Execution of service:**

A – Method of delivering act:
[Handwritten] _Handed directly [to the interested party]_

B – Date on which the act was delivered:
[Handwritten] _11/18/2021_

C- Identity and capacity of the person to whom the act was delivered
[Handwritten] _Steve MENU, Officer of the Judiciary Police_

D – Attached documents proving delivery of the act:
[Handwritten] _Receipt confirming delivery of judicial or extra-judicial act_

_____

3 – **Refusal of service**:

• The addressee refused to accept the act by virtue of Article 688-6 of the Code of Criminal Procedure

_____

**4 – Failure to serve**

A – Reason for failure to serve the act:
> ………………………….

B – As the case may be, annexed documents:
> ………………………….

_____

Done in: [handwritten] _Paris_
Signature of authority delivering the act: / _Signature_ /

**ANNEX 2**
RECEIPT OF DELIVERY OF FOREIGN JUDICIAL OR EXTRA-JUDICIAL ACT
**(TO BE RETURNED TO THE ADDRESSEE OF THE ACT)**
(Art. 688-3 and 688-6 of the Code of Civil Procedure)

**1. Delivering service:**
[handwritten] *Police Headquarters 14th Arrondissement Paris*
*15 avenue du Général Leclerc 75014 Paris*
*SAIP/GAJ 14*

**2. Date of delivery of act:**
[handwritten] *On 11/23/2021*

**3. Name of act:**
[handwritten] *US Department of Justice*

**4. Origin of act (State of origin)**
[handwritten] *California in the United States*

**4. This receipt is handed over to (identity and address of addressee of the act)**
[handwritten] *Alexander VINNIK, born on ▮▮▮▮/1979 in Kurgan, Russia, Russian citizen, 2*
*Nova Ostanskinskaya Street in Moscow, language spoken: Russian*

Who was informed prior to the handing over of his right to refuse service of the act is he is not
familiar with the language et to request that it be translated or accompanied by a French-
language translation, on the initiative and at the expense of the requesting party (688-6 of the
Code of Civil Procedure).

After reading, [handwritten] *by the interpreter,* Mrs. *Maïa ALKHANISHVILI, in Russian*

Signature of addressee:
[handwritten] *Refuses to sign*

Signature of delivering service:          [handwritten in Russian]
/ Signature /                             *I refuse to sign, but I'm taking the documents.*
[illegible seal]

|  | |
|---|---|
| Ministry of Justice<br>Directorate of Penitentiary Administration<br>Interregional Directorate of Penitentiary<br>Services in Paris<br>Paris La Santé Penitentiary Center | **Prison no.**: 307355      **Date of birth**: ▉/1979<br>**Last name**: VINNIK      **End of security period**:<br>**First name**: Alexander      **Forecast date of release**: 06/27/2023<br>**UGC** : EBCQ110      **Manual penal situation**: No |

## INMATE RECORD – SECTION 5

| Posting date | Case | Comment | Sentence beginning | Sentence to serve | Remainder to serve parole, Suspension, Installments | To deduct | | | To add | | Unconditional period | End of sentence |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Remand | Reduction, Sent Red Credit, Add Sent Red , Pardon | Amnesty | Withdr Reduction, Sent Red Credit, Add Sent Red , Pardon | Evasion | | |
| 01/24/ 2020 | | Taken into custody on 01/24/2020 at the Penitentiary at FRESNES under no  1008719 | | | | | | | | | | |
| 01/24/ 2020 | 01 | Detention warrant of specified period dated 01/23/2020 by Mr LE MASSIN, liberties and detention judge, considering the referral to Court by Mrs FONTAGNE, investigating magistrate at the Criminal Court in PARIS  For EXTORTION BY ORGANIZED GANG and EXTORTION BY ORGANIZED GANG, attempt at AGGRAVATED MONEY LAUNDERING: ASSISTANCE BY ORGANIZED GANG TO PROVIDE MISLEADING JUSTIFICATION OF THE ORIGIN OF PROPERTY OR REVENUE OF PERPETRATOR and CONSPIRACY FOR THE PURPOSE OF PREPARING A CRIME and BREACH OF AN AUTOMATED PERSONAL DATA PROCESSING SYSTEM SET UP BY THE STATE, COMMITTED WITHIN AN ORGANIZED GANG and FRAUDULENT INTRODUCTION OF DATA INTO AN AUTOMATED PROCESSING SYSTEM and FRAUDULENT MODIFICATION OF DATA CONTAINED IN AN AUTOMATED PROCESSING SYSTEM and OBSTACLE TO THE OPERATIONS OF AN AUTOMATED DATA PROCESSING SYSTEM  Criminal procedure  District attorney no 16 351 000673  Instruction no  821/18/2 PROVISIONAL INCARCERATION  Validity period 4 days (01/28/2020) | | | | | | | | | | |
| 01/24/ 2020 | 01 | Criminal matter decision dated 01/24/2020 by Mr  PETIT, public prosecutor at the Criminal Court in Paris  Procedure for extradition Execution of provisional detention for extradition | | | | | | | | | | |

Ministry of Justice
Directorate of Penitentiary Administration
Interregional Directorate of Penitentiary
Services in Paris
Paris La Santé Penitentiary Center

**Prison no.**: 307355

**Last name**: VINNIK

**First name**: Alexander

**UGC**: EBCQ110

**Date of birth:** ▇/1979

**End of security period:**

**Forecast date of release**: 06/27/2023

**Manual penal situation:** No

| Posting date | Case | Comment | Sentence beginning | Sentence to serve | Remainder to serve parole, Suspension, Installments | To deduct | | | To add | | Unconditional period | End of sentence |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Remand | Reduction, Sent Red Credit, Add Sent Red , Pardon | Amnesty | Withdr Reduction, Sent Red Credit, Add Sent Red , Pardon | Evasion | | |
| | | FRAUDULENTLY GAINING ACCESS TO AN AUTOMATED DATA PROCESSING SYSTEM and BREACH OF AN AUTOMATED PERSONAL DATA PROCESSING SYSTEM SET UP BY THE STATE, COMMITTED WITHIN AN ORGANIZED GANG and FRAUDULENT ACCESS OF DATA IN AN AUTOMATED DATA PROCESSING SYSTEM and PARTICIPATION IN CONSPIRACY FOR THE PURPOSE OF PREPARING A CRIME PUNISHABLE BY 10 YEARS IN PRISON and FRAUDULENT INTRODUCTION OF DATA INTO AN AUTOMATED DATA PROCESSING SYSTEM and FRAUDULENT MODIFICATION OF DATA WITHIN AN AUTOMATED PROCESSING SYSTEM and INTERFERENCE WITH THE OPERATIONS OF AN AUTOMATED DATA PROCESSING SYSTEM  Criminal procedure  District attorney no  16 351 000673  Instruction no 821/18/2 RECLASSIFICATION PARTIAL DISMISSAL for certain acts, REFERRAL TO THE CRIMINAL COURT CONTINUED DETENTION  Validity period 2 months (09/21/2020) | | | | | | | | | | | |
| 09/04/ 2020 | 01 | Decision served on 09/04/2020 Provisional detention for extradition from 06/27/2018 to 01/23/2020 in GREECE | | | | | | | | | | |
| 09/14/ 2020 | 01 | Decision dated 09/14/2020 by 13thCH/1 at the Criminal Court in Paris  Criminal procedure in the presence of both parties CONTINUED DETENTION – referred for later hearing  Date of referral hearing 10/19/2020 Hearings from 10/19/2020 to 10/22/2020 And extends the provisional detention by 2 months starting on 09/21/2020 | | | | | | | | | | |
| 10/08/ 2020 | | Release transfer on 10/08/2020 at 2:24 p m  from the Penitentiary Center in FRESNES to the La Santé Penitentiary Center in Paris for detention no  1008719 | | | | | | | | | | |
| 10/08/ 2020 | | After transfer on 10/08/2020, detained at the La Santé Penitentiary Center in Paris under no  307355 | | | | | | | | | | |

La Santé Penitentiary Center in Paris
42 rue de la Santé
75674 PARIS 1th ARRONDISSEMENT
Phone :

Edited on 11/17/2021 at 11:12 hours

Page 5/11

Ministry of Justice
Directorate of Penitentiary Administration
Interregional Directorate of Penitentiary
Services in Paris
Paris La Santé Penitentiary Center

**Prison no.**: 307355

**Last name:** VINNIK

**First name:** Alexander

**UGC:** EBCQ110

**Date of birth:** ███/1979

**End of security period:**

**Forecast date of release:** 06/27/2023

**Manual penal situation:** No

| Posting date | Case | Comment | Sentence beginning | Sentence to serve | Remainder to serve parole, Suspension, Installments | To deduct | | | To add | | Unconditional period | End of sentence |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Remand | Reduction, Sent Red Credit, Add Sent Red , Pardon | Amnesty | Withdr Reduction, Sent Red Credit, Add Sent Red , Pardon | Evasion | | |
| | | AUTOMATED TREATMENT and EXTORTION THROUGH VIOLENCE, THREAT OR COERCION OF SIGNATURE, PROMISE, SECRET, FUNDS, ASSETS OR GOODS or EXTORTION THROUGH VIOLENCE, THREAT OR COERCION OF SIGNATURE, PROMISE, SECRET, FUNDS, ASSETS OR GOODS, attempt and PARTICIPATION IN CONSPIRACY FOR THE PURPOSE OF PREPARING A CRIME PUNISHABLE BY 10 YEARS IN PRISON and AGGRAVATED LAUNDERING: ASSISTANCE IN ORGANIZED GANG TO DECEPTIVE JUSTIFICATION OF THE ORIGIN OF PROPERTY OR REVENUE OF PERPETRATOR and BREACH OF AN AUTOMATED PERSONAL DATA PROCESSING SYSTEM SET UP BY THE STATE, COMMITTED WITHIN AN ORGANIZED GANG  Criminal procedure  District attorney no  16 351 000673  Instruction no 821/18/2 PROVISIONAL INCARCERATION  Validity period 4 days (01/28/2020) FRAUDULENT INTRODUCTION OF DATA INTO AN AUTOMATED DATA PROCESSING SYSTEM and FRAUDULENT MODIFICATION OF DATA WITHIN AN AUTOMATED PROCESSING SYSTEM and INTERFERENCE WITH THE OPERATIONS OF AN AUTOMATED DATA PROCESSING SYSTEM  Criminal procedure in the presence of both parties  District attorney no  16351000673  Chambers no  13/1 CONTINUED DETENTION - deliberated  Date of deliberation: 12/07/2020 | | | | | | | | | |
| 12/07/2020 | 01 | Judgment of 12/07/2020 by President of the Criminal Court in PARIS  For AGGRAVATED LAUNDERING: ASSISTANCE BY AN ORGANIZED GANG TO DECEPTIVE JUSTIFICATION FOR THE ORIGIN OF THE FUNDS OR INCOME OF THE PERPETRATOR OF A CRIME  Lower criminal court procedure in the presence of both parties  Public Prosecutor no  16351000673  Chamber no  13/1  ACQUITTAL FOR THE REMAINDER  IMPRISONMENT  Quantum of penalty 5 years  Imprisonment maintained | (01/23/ 2020) | (5 years) | | | | | | | | (01/23/ 2025) |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CONCURRENT EXECUTION – Provisional detention on current incarceration  From 06/27/2018 to 01/23/2020 or 1 year 6 months and 27 days  Provisional detention in view of extradition took place in GREECE | | | | | | | | |
| | | CONCURRENT EXECUTION - Provisional detention on current incarceration | (01/23/ 2025) | | (1 year, 6 months and 27 days) | | | | | (06/27/ 2023) |
| 12/17/2020 | 01 | Appeal on 12/17/2020 by attorney  For AGGRAVATED LAUNDERING: ASSISTANCE BY AN ORGANIZED GANG TO DECEPTIVE JUSTIFICATION FOR THE ORIGIN OF THE FUNDS OR INCOME OF THE PERPETRATOR OF A CRIME  Upon judgment of 12/07/2020 | | | | | | | | |

La Santé Penitentiary Center in Paris  
42 rue de la Santé  
75674 PARIS 1th ARRONDISSEMENT  
Phone :

Edited on 11/17/2021 at 11:12 hours

Ministry of Justice
Directorate of Penitentiary Administration
Interregional Directorate of Penitentiary
Services in Paris
Paris La Santé Penitentiary Center

**Prison no.**: 307355

**Last name:** VINNIK

**First name:** Alexander

**UGC:** EBCQ110

**Date of birth:** ███/1979

**End of security period:**

**Forecast date of release:** 06/27/2023

**Manual penal situation:** No

| Posting date | Case | Comment | Sentence beginning | Sentence to serve | Remainder to serve parole, Suspension, Installments | To deduct | | | To add | | Unconditional period | End of sentence |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Remand | Reduction, Sent Red Credit, Add Sent Red , Pardon | Amnesty | Withdr Reduction, Sent Red Credit, Add Sent Red , Pardon | Evasion | | |
| | | AUTOMATED PROCESSING and INTERFERENCE WITH THE OPERATIONS OF AN AUTOMATED DATA PROCESSING SYSTEM and FRAUDULENT MODIFICATION OF DATA WITHIN AN AUTOMATED PROCESSING SYSTEM and BREACH OF AN AUTOMATED PERSONAL DATA PROCESSING SYSTEM SET UP BY THE STATE, COMMITTED WITHIN AN ORGANIZED GANG Lower criminal court procedure in the presence of both parties  Public Prosecutor no  16351000673  CONTINUED DETENTION - deliberated  Date of deliberation: 06/24/2021 | | | | | | | | | | |
| 06/24/2021 | 01 | Criminal court ruling dated 06/24/2021 by the president of the PARIS Appeals Court  For BREACH OF AN AUTOMATED PERSONAL DATA PROCESSING SYSTEM SET UP BY THE STATE, COMMITTED WITHIN AN ORGANIZED GANG and FRAUDULENT MAINTENANCE OF DATA IN AN AUTOMATED DATA PROCESSING SYSTEM and INTERFERENCE WITH THE OPERATIONS OF AN AUTOMATED DATA PROCESSING SYSTEM and FRAUDULENT INTRODUCTION OF DATA INTO AN AUTOMATED PROCESSING SYSTEM and EXTORTION THROUGH VIOLENCE, THREATS OR COERCION OF SIGNATURE, PROMISE, SECRET, FUNDS, ASSETS, attempt and PARTICIPATION IN CONSPIRACY IN VIEW OF PREPARING A CRIME PUNISHABLE BY 10 YEARS IN PRISON and AGGRAVATED LAUNDERING: ASSISTANCE BY AN ORGANIZED GANG TO DECEPTIVE JUSTIFICATION FOR THE ORIGIN OF THE FUNDS OR INCOME OF THE PERPETRATOR OF A CRIME and FRAUDULENT MODIFICATION OF DATA CONTAINED IN AN AUTOMATED PROCESSING SYSTEM  Lower criminal court procedure in the presence of both parties  Public Prosecutor no  16351000673  Chamber no  11, Division 2  IMPRISONMENT  Quantum of penalty 5 years  Imprisonment maintained | (01/23/2020) | (5 years) | | | | | | | | (01/23/2025) |

La Santé Penitentiary Center in Paris
42 rue de la Santé
75674 PARIS 1th ARRONDISSEMENT
Phone :                                           Edited on 11/17/2021 at 11:12 hours                                           Page 9/11

Ministry of Justice
Directorate of Penitentiary Administration
Interregional Directorate of Penitentiary
Services in Paris
Paris La Santé Penitentiary Center

**Prison no.**: 307355

**Last name**: VINNIK

**First name**: Alexander

**UGC**: EBCQ110

**Date of birth**: ███/1979

**End of security period**:

**Forecast date of release**: 06/27/2023

**Manual penal situation**: No

| Posting date | Case | Comment | Sentence beginning | Sentence to serve | Remainder to serve parole, Suspension, Installments | To deduct | | | To add | | Unconditional period | End of sentence |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Remand | Reduction, Sent Red Credit, Add Sent Red , Pardon | Amnesty | Withdr Reduction, Sent Red Credit, Add Sent Red , Pardon | Evasion | | |
| 07/22/ 2021 | 01 | criminal ruling impacting the execution of a sentence dated 07/22/2021  BREACH OF AN AUTOMATED PERSONAL DATA PROCESSING SYSTEM SET UP BY THE STATE, COMMITTED WITHIN AN ORGANIZED GANG and FRAUDULENT MAINTENANCE OF DATA IN AN AUTOMATED DATA PROCESSING SYSTEM and FRAUDULENT ACCESS INTO AN AUTOMATED DATA PROCESSING SYSTEM and FRAUDULENT INTRODUCTION OF DATA INTO AN AUTOMATED PROCESSING SYSTEM and EXTORTION THROUGH VIOLENCE, THREATS OR COERCION OF SIGNATURE, PROMISE, SECRET, FUNDS, ASSETS and EXTORTION THROUGH VIOLENCE, THREATS OR COERCION OF SIGNATURE, PROMISE, SECRET, FUNDS, ASSETS, attempt and PARTICIPATION IN CONSPIRACY IN VIEW OF PREPARING A CRIME PUNISHABLE BY 10 YEARS IN PRISON and AGGRAVATED LAUNDERING: ASSISTANCE BY AN ORGANIZED GANG TO DECEPTIVE JUSTIFICATION FOR THE ORIGIN OF THE FUNDS OR INCOME OF THE PERPETRATOR OF A CRIME and FRAUDULENT MODIFICATION OF DATA CONTAINED IN AN AUTOMATED PROCESSING SYSTEM  NULLITY  Quantum of penalty 11 months  Imprisonment maintained  Sentence reduction credit (CRP) Case 1, the interested party having taken the case to the Appeals Court | 07/27/2022 | | | | | | 11 months | | | 06/27/2023 |

La Santé Penitentiary Center in Paris
42 rue de la Santé
75674 PARIS 1th ARRONDISSEMENT
Phone :

Edited on 11/17/2021 at 11:12 hours

Page 11/11

| | |
|---|---|
| Ministry of Justice | **Prison no.**: 307355 |
| Directorate of Penitentiary Administration | **Last name**: VINNIK |
| Interregional Directorate of Penitentiary Services in Paris | **First name**: Alexander |
| Paris La Santé Penitentiary Center | **UGC**: EBCQ110 |

**Date of birth**: ▮/1979
**End of security period**:
**Forecast date of release**: 06/27/2023
**Manual penal situation**: No

## INMATE RECORD – SECTION 1

### Principal Civil Status

| | | | | | | |
|---|---|---|---|---|---|---|
| Last name: | VINNIK | Date of birth: | ▮/1979 | Son of: | VINNIK Vladimir |
| Married name: | | Municipality of birth: | KURGAN | And of: | VINNIK Vera |
| First name(s): | Alexander | Department of country of birth: | RUSSIAN FEDERATION | | |
| Nickname: | | Citizenship(s): | Russian | AKA: | |
| Sex: | Male | Main spoken language: | | SS number: | 716010004213410 |

### Additional Civil Status

| **Domicile** | | **Marital status** | | **Physical data** | |
|---|---|---|---|---|---|
| Street: | 21 RUE VTORAYA NOVOOSTANSKINSKAIA | Marital status: | | Height (cm): | |
| Additional info 1: | APT. 138 | No. of children: | Incl. born in detention: | Eyes: | |
| Additional info 2: | | Child left in care of the other parent: No | | Hair: | |
| Locality: | | **Contact Person** | | Distinguishing marks: | |
| Geographical municip.: | | Last and first names: | | Remarks: | |
| Zip code: | | Capacity: | | **Professional situation**: | |
| Town: | MOSCOW | Address: | FRANCE | Level of education: | |
| Country: | RUSSIAN FEDERATION | Telephone: | | Exercised profession: | |
| | | | | Employment situation: | |

### Penitentiary information

| **Initial custody:** | | **Current custody:** | | | |
|---|---|---|---|---|---|
| Was already incarcerated: | | **Origin:** | Establishment | **Date and time of custody:** | 10/08/2020 at 14:56 hours |
| No of initial custody: | | **Crim. Categ. Upon custody:** | Defendant | **Custody type:** | Post-transfer custody |
| Initial establishment: | | **Title type:** | Committal order | | |
| List of subsequent detention centers: | | **Date:** | 10/08/2020 | **Status:** | Accommodated |
| 1: FRESNES PRISON no. 1008719 from 01/24/2020 to 10/08/2020 | | **Origin** | PARIS Court of Law | **UGC:** | EBCQ10 |
| 2: PARIS LA SANTE PRISON no. 307355 from 10/08/2020 to the present | | **Procedure:** | Criminal | **End of security period:** | |
| | | **Quantum of penalty:** | | | |
| | | **Offenses:** EXTORTION IN ORGANIZED GANG | | | |

La Santé Penitentiary Center in Paris
42 rue de la Santé
75674 PARIS 1th ARRONDISSEMENT
Phone :

Edited on 11/17/2021 at 11:12 hours

Page 1/11

| | |
|---|---|
| FRENCH REPUBLIC<br>MINISTRY OF THE INTERIOR<br>GENERAL DIRECTORATE OF THE<br>NATIONAL POLICE<br>PARIS POLICE HEADQUARTERS<br>_____<br><br>CENTRAL POLICE STATION 14TH<br>ARRONDISSEMENT<br>DTSP75 [Territorial Directorate of Home<br>Security]<br>114, AVENUE DU MAINE<br>75014 PARIS<br>Ph.: 3430<br>Fax: 01 42 26 90 60<br>INSEE Code: 75114351<br><br>**P.V. No. 2021/011995**<br>_____<br>**CASE :**<br>**vs Alexander VINNIK**<br><br>**SUBJECT:**<br>**END** | **PROCESS-VERBAL**<br><br>The year two thousand twenty-one,<br>The eighth of November at two forty-two p.m.<br><br>We, STEVE MENU<br>POLICE SERGEANT<br>On duty in PARIS 14<br><br>OFFICER OF THE JUDICIAL POLICE residing in<br>PARIS<br>--- While in service,<br>--- Executing the instructions contained in the warrant no.<br>WITHOUT REFERENCE dated 10/19/2021 from THE<br>PUBLIC PROSECUTOR at the Court of Justice [TJ] in<br>PARIS. ---<br>--- Carrying out the preliminary investigation,<br>--- Having regard to Articles 75 et seq. of the Code of<br>Criminal Procedure, ---<br><br>--- We note that we have closed the current procedure<br>to be transmitted to the Public Prosecutor PARIS<br>PUBLIC PROSECUTOR'S OFFICE<br>--- Duly recorded.<br><br>OFFICER OF THE JUDICIAL POLICE<br>/ Signature / |
| **END AND TRANSMITTAL** | --- Of which this is the process-verbal closed on this<br>day, the 24th of November 2021, to be transmitted to<br>the Public Prosecutor PARIS PUBLIC<br>PROSECUTOR'S OFFICE.<br>POLICE COMMANDER<br>[handwritten] *on 11/25/2021*<br>[stamp]<br>Police Captain<br>/ Signature /<br>Peggy BUSSILLET<br>Florent SAUVAGET |
| 2021/0080033507 | |



MINISTRY OF
JUSTICE
*Liberty*
*Equality*
*Fraternity*

| | |
|---|---|
| PARIS COURT OF APPEALS | COURT NOTIFICATION |
| PARIS COURT OF LAW | |
| PUBLIC PROSECUTOR'S OFFICE AT THE COURT OF LAW | to |
| 6ᵗʰ DIVISION | |
| SECTION A2 – 22ⁿᵈ floor | DSPAP [Local Security Paris Conurbation] |
| Service of Sentences | *14* |
| International Legal Mutual Assistance | |
| Legal Documents | |
| 01 44 32 61 60 | |

Docket no.: 2021/ *110*
(to be provided in all correspondence)
RE: [handwritten] *Alexander VINNIK*
Requesting authority: [handwritten] *United States*

## FOR THE REQUESTED PURPOSES

And having the honor to request that:

- the hearing be held
- if this concerns the handing over of an act or notification (even without a translation), a detailed receipt be drawn up

Thank you for going ahead with the notification independently of the deadlines or the court appearance date, even if they appear outdated:

- if the execution is delayed for any reason, draw up a delay note specifying the references and reasons for the delay.

- please indicate the name and address of the requesting authority

- if the address is unknown, search in the national register of drivers' licenses

- provide me the result of your diligence to SECTION A2, Office of Legal Acts

- should the search yield no result (unknown/does not live at the address provided/non deferral), to be returned to SECTION A2, Office of Legal Acts, accompanied by a process-verbal of absence.

| Return requested in: [handwritten] *2 months* | Paris, October [handwritten] *19*, 2021 |
|---|---|

|  | For the Public Prosecutor |
|  | [Seal] Public Prosecutor with the Paris Criminal Court |

PUBLIC PROSECUTOR'S OFFICE AT THE COURT OF LAW
Parvis du Tribunal Judiciaire de Paris
75859 Paris Cedex [illegible]



**MINISTRY OF JUSTICE**
*Liberty*
*Equality*
*Fraternity*

Civil Affairs and Seals Directorate

[Stamp]
MAIL ARRIVED
On OCT. 8, 202[illegible]
Section A2

Paris, 10/06/2021

KEEPER OF THE SEALS, MINISTER OF JUSTICE

| | |
|---|---|
| Department of mutual legal assistance, international private and international law<br><br>Dossier overseen by: LD<br><br>Reference to provide:<br>5545TR2021/UNITED STATES OF AMERICA<br>Request from the United States Attorney's Office dated 07/20/21 – Complaint and subpoena introductory to civil proceedings against defendants for payment of monetary penalties for violations of the law on banking secrecy and opening documents in related procedures<br>Addressee: Mr. Alexander VINNIK – LA SANTÉ PRISON – 42 RUE DE LA SANTÉ – 75014 PARIS | To<br>The Public Prosecutor<br>Paris Court<br>Public Prosecution Civil Service<br>Paris Judicial Tribunal<br>Section A2<br>Office of Judicial Acts – I.22.10<br>Parvis du Tribunal de Paris<br>75859 PARIS Cedex 17<br><br><br>[Stamp] 21.08.   000710 |

**Subject: Transmission of acts based on the Hague Convention of November 15, 1965** on the service abroad of judicial and extra-judicial acts in civil and commercial matters

**Reference text**: - Art. 688-1 et seq. of the Code of Civil Procedure

Pursuant to the Hague Convention of November 15, 1965, please find enclosed a request for service of a judicial or extra-judicial act for an addressee residing in France.

Thank you for proceeding as soon as possible with the simple delivery of this request in keeping with the rules set out below.

☞ The service occurs by **manual delivery of the document**.
☞ The documents **cannot be served by a court bailiff**.
☞ The documents have to be services **whatever the deadlines of date of appearance mentioned in the document** even if they seem exceeded.
☞ When served by the services of the National Police or the National Gendarmerie, there is no need to hear the person to whom the document is serviced. It is preferable to fill out the certificate attached hereto (**Annex 1**) that has to take note and set forth the diligence carried out at the time of the delivery. Otherwise, a process-verbal of the delivery of the document can also be drawn up. In that case, only articles 688-1 et seq. of the Code of Criminal Procedure may be cited.

☞ Prior to the delivery, the addressee of the document **has to be informed of his/her right to refuse it**, namely in the event that the document is in a language unknown to him/her (Art. 688-1 of the Code of Civil Procedure). The warning given is noted in the certificate and in the receipt provided to the addressee.

☞ A **receipt certifying the date and conditions of the delivery has to be <u>provided to the addressee</u>**. A model of the receipt is attached to this transmittance (**Annex 2**).

☞ It shall be up to the **Public Prosecutor** to enter the certificate provided for in Article 6 of the Convention (**Annex 3**) and to return it directly to the foreign requesting authority whose address is stated on the request form.

Seal of the Ministry of Justice
[Seal] Ministry of Justice

13, place Vendôme – 75042 Paris Cedex 01
Telephone: 01 44 77 62 43 or 64 56 or 65 51 or 65 73
[text cut off]

ANNEX 1

CERTIFICATE OF DELIVERY OR NON-DELIVERY OF THE DOCUMENT
**(TO BE RETURNED TO THE REQUESTING AUTHORITY)**
(Article 688-1 of the Code of Civil Procedure)

**1 – Authority delivering the act:**
………
………
………
………
_____

**2 – Execution of service:**

A – Method of delivering act:
………

B – Date on which the act was delivered:
………

C- Identity and capacity of the person to whom the act was delivered
………

D – Attached documents proving delivery of the act:
………
_____

3 – Refusal of service:

- The addressee refused to accept the act by virtue of Article 688-6 of the Code of Criminal Procedure
_____

**4 – Failure to serve**

A – Reason for failure to serve the act:
………………………….

B – As the case may be, annexed documents:
………………………….
_____

Done in:
Signature of authority delivering the act:

**ANNEX 2**
RECEIPT OF DELIVERY OF FOREIGN JUDICIAL OR EXTRA-JUDICIAL ACT
**(TO BE RETURNED TO THE ADDRESSEE OF THE ACT)**
(Art. 688-3 and 688-6 of the Code of Civil Procedure)

**1. Delivering service:**
 ………
 ………
 ………
 ………

**2. Date of delivery of act:**
 ………

**3. Name of act:**
 ………

**4. Origin of act (State of origin)**
 ………

**4. This receipt is handed over to (identity and address of addressee of the act)**
 ………
 ………
 ………
 ………

Who was informed prior to the handing over of his right to refuse service of the act is he is not familiar with the language et to request that it be translated or accompanied by a French-language translation, on the initiative and at the expense of the requesting party (688-6 of the Code of Civil Procedure).

After reading,

Signature of addressee:

Signature of delivering service:

## ANNEX 3

### CERTIFICATE

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

☐ **1. that the document has been served***

| - the (date): | |
|---|---|
| - at (place, street, number): | |

| - in one of the following methods authorised by Article 5: | |
|---|---|
| ☐ | a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention* |
| ☐ | b) in accordance with the following particular method*: |
| ☐ | c) by delivery to the addressee, if he accepts it voluntarily* |

The documents referred to in the request have been delivered to:

| Identity and description of person: | |
|---|---|
| Relationship to the addressee (family, business or other): | |

☐ **2. that the document has not been served, by reason of the following facts***:
que la demande n'a pas été exécutée, en raison des faits suivants*:

| |
|---|

| ☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*. Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*. |
|---|

**Annexes**

| Documents returned: | |
|---|---|
| In appropriate cases, documents establishing the service: | |

* If appropriate

| Done at | Signature and/or stamp |
|---|---|
| The | |

| | |
|---|---|
| FRENCH REPUBLIC<br>MINISTRY OF THE INTERIOR<br>GENERAL DIRECTORATE OF THE<br>NATIONAL POLICE<br>PARIS POLICE HEADQUARTERS<br>_____<br><br>CENTRAL POLICE STATION 14TH<br>ARRONDISSEMENT<br>DTSP75 [Territorial Directorate of Home<br>Security]<br>114, AVENUE DU MAINE<br>75014 PARIS<br>Ph.: 3430<br>Fax: 01 42 26 90 60<br>INSEE Code: 75114351<br><br>**P.V. No. 2021/011995**<br>_____<br>**vCASE:**<br>**vs Alexander VINNIK**<br>**Service of civil act**<br><br>**SUBJECT:**<br>**REFERRAL TO COURT** | [handwritten] *Intern. legal assist.*<br><br># PROCESS-VERBAL<br>**PV no. 01903/2021/011995**<br><br><br>The year two thousand twenty-one,<br>The eighth of November at two forty-two p.m.<br><br>We, STEVE MENU<br>POLICE SERGEANT<br>On duty in PARIS 14<br><br>OFFICER OF THE JUDICIAL POLICE residing in PARIS<br>--- While in service,<br>--- Executing the instructions contained in the warrant no. WITHOUT REFERENCE dated 10/19/2021 from THE PUBLIC PROSECUTOR at the Court of Justice [TJ] in PARIS. ---<br>--- Carrying out the preliminary investigation,<br>--- Having regard to Articles 75 et seq. of the Code of Criminal Procedure, ---<br><br>--- Acting in accordance with the instructions of Mr. Florent SAUVAGET, Police commander, Police officer in charge of the service ---<br>--- Are the recipients of the execution of instructions issued by section A2 of the Paris Court of Justice dated 10/06/2021, reference no. 5545TR2021/United States of America ---<br>--- Instructions are given to transmit to Mr. Alexander VINNIK, detained at the Maison de la Santé, a civil act based on the Hague Convention ---<br>--- We proceed with the execution and place the process-verbals in chronological order after this one. ---<br>--- Of which this is the referral to court [sic].<br><br>OFFICER OF THE JUDICIAL POLICE<br>/ Signature / |

2021/0080033507

PUBLIC PROSECUTOR'S OFFICE WITH            Paris, March 13, 2019
THE DISTRICT COURT OF PARIS
*****
A2 Enforcement of Sentences

## PERMANENT COMMUNICATION AUTHORIZATION

We, Bernard BELOTTE, first deputy prosecutor with the District Court of PARIS,

Considering the protocol relating to the reporting and handling of incidents and offenses at the correctional center at Paris La Santé

Authorize all judicial police officers and constables assigned to the police station of the 14th arrondissement et to the 3rd judicial police district of Paris to communicate with any individual incarcerated at the correctional center at Paris La Santé,

For the purpose, namely, of interviewing and carrying out all acts needed to find out the truth, for purposes of the investigation, while respecting the rules governing the functioning of the correctional institution.

The investigators are authorized to bring and use a portable computer, a printer and all cables and accessories required for the operation of said computer and printer.

For the PROSECUTOR OF THE REPUBLIC

[Stamp]                    / Signature /            [Seal]
Bernard BELOTTE,                                    [illegible]
first deputy prosecutor                             District Court of Paris

/ initials /

FRENCH REPUBLIC
MINISTRY OF THE INTERIOR
GENERAL DIRECTORATE OF THE
NATIONAL POLICE
PARIS POLICE HEADQUARTERS
_____

CENTRAL POLICE STATION 14TH
ARRONDISSEMENT
DTSP75
114, AVENUE DU MAINE
75014 PARIS
Ph. : 3430
Fax: 01 42 26 90 60
INSEE Code : 75114351

**P.V. No. 2021/011995**
_____

**CASE:**
**vs Alexander VINNIK**
**Service of civil act**

**SUBJECT:**
**REQUEST FOR**
**TRANSLATOR**

# PROCESS-VERBAL

The year two thousand twenty-one,
The eighteenth of November at ten a.m.

We, ELIZABETH BUTEUX
SENIOR POLICE SERGEANT
On duty in PARIS 14

OFFICER OF THE JUDICIAL POLICE residing in
PARIS
--- While in service,
--- Executing the instructions contained in the warrant no.
WITHOUT REFERENCE dated 10/19/2021 from THE
PUBLIC PROSECUTOR at the Court of Justice [TJ] in
PARIS. ---
--- Carrying out the preliminary investigation,
--- Having regard to Articles 75 et seq. of the Code of
Criminal Procedure, ---
--- Assisted by STEVE MENU POLICE SERGEANT
being in service,
--- Considering article 77-1 of the Code of Criminal
Procedure, ---

**--- We ask and, if necessary, request ---**
--- Mrs. Maïa ALKHANISHVILI, residing at Paris-
15, Russian language translator who was sworn in ---.

**--- For the purpose of carrying out the following
acts: ---**
--- To please proceed with the interpretation of the
service, on this day, of the civil act pertaining to the
person hereafter designated detained at the La Santé
prison at 75014 Paris: ---
--- Mr. ALEXANDER VINNICK born on ███/1979 in
KURGAN (RUSSIA), RUSSIAN citizen, residing at 42,
RUE DE LA SANTE in PARIS 75014 14th
Note: Santé Prison ---

--- For her personal guarantee and to let her know, the
original of this requisition in provided to Mrs. Maïa
ALKHANISHVILI, residing at Paris-15 ---

| | --- Which is hereby recorded. --- |
|---|---|
| | Assistant · · · · · · · · · · OFFICER OF THE JUDICIAL POLICE |
| | / Signature / · · · · · · · · · / Signature / |
| | [Seal] illegible] POLICE HEADQUARTERS<br>Territorial Directorate of Home Security<br>Directorate [illegible] |

2021/0080033507



Assist –Serve – Protect
LOCAL SECURITY
PARIS CONURBATION

POLICE PREFECTURE
DTSP75 [Territorial Directorate of Home Security]
3RD District
CP 14
SAIP 14

## SWEARING IN OF INTERPRETER

Case against [handwritten] *Alexander VINNIK*
PV no. [handwritten] *2021/11995*

The interpreter named hereafter:

Last name: [handwritten] *ALKHANISHVILI*
First name: [handwritten] *Maïa*

Takes the oath to honorably and conscientiously perform her duties toward justice in accordance with the provisions of Article 60a12 of the Code of Criminal Procedure.

The Interpreter,

[Handwritten] *11/23/2021*
/initials/

Seen and attached,
/initials/

FRENCH REPUBLIC
MINISTRY OF THE INTERIOR
GENERAL DIRECTORATE OF THE
NATIONAL POLICE
PARIS POLICE HEADQUARTERS
———
CENTRAL POLICE STATION 14TH
ARRONDISSEMENT
DTSP75
114, AVENUE DU MAINE
75014 PARIS
Ph.: 3430
Fax: 01 42 26 90 60
INSEE Code: 75114351

**P.V. No. 2021/011995**
———
**CASE:**
**vs Alexander VINNIK**
**Service of civil act**

**SUBJECT:**
**Service of Civil Act**

# PROCESS-VERBAL
**PV no. 01903/2021/011995**

The year two thousand twenty-one,
The eighteenth of November

We, STEVE MENU
POLICE SERGEANT
On duty in PARIS 14

OFFICER OF THE JUDICIAL POLICE residing in
PARIS
--- While in service,
--- Pursuing the execution of the instructions contained in
the warrant no. WITHOUT REFERENCE dated
10/19/2021 from THE PUBLIC PROSECUTOR at the
Court of Justice in PARIS. ---
--- The instructions requesting the service of a civil act, ---
--- Carrying out the preliminary investigation,
--- Having regard to Articles 75 et seq. of the Code of
Criminal Procedure, ---

--- Having a permanent authorization to communicate
issued by the First Deputy Public Prosecutor at the Court
of Justice in PARIS. ---
**--- We go to the la Santé prison in Paris at 42 rue de
la Santé in the 14th PARIS arrondissement** for the
purpose of serving a civil act. ---
--- We enter the perimeter of the establishment, ---
--- It is [handwritten] *10:30 a.m.* ---
--- Set up in a room generally referred to as "visiting
room" we requested and note the arrival of the
individual named Alexander VINNIK, currently held
at the La Santé prison at 42 rue de la Santé in the 14th
PARIS arrondissement, under prison number. ---
--- WITH RESPECT TO HIS RIGHTS ---
--- "I confirm that I am in your presence of my free
will and I understand that, upon the instructions of the
judicial tribunal in Paris, I am called for the purpose
of the service of a legal act issued by the United
States Department of Justice and dated 07/20/2021;
note number 2021/110." ---
--- WITH RESPECT TO THE FACTS ---

|  | --- "I take note that you are handing to me personally a judicial act pertaining to civil matters dated 08/02/2021 sent from the United States of America for the purpose of applying a legal administrative sanction ---<br>--- I take note that I am receiving this act and its translation as it was transferred to the service prior to being handed over to me personally ---<br>--- I confirm that prior to the document being handed over, I was informed of my right to refuse by virtue of Article 688-6 of the Code of Criminal Procedure, namely if this act is in a language that I do now know ---<br>--- I also confirm that I have indeed received a receipt stating the date and the circumstances under which this act was given to me ---<br>--- After he read it himself, the declarant persisted and signed this document with us" --- [handwritten] *After* The declarant        *ALKHANISHVILI [illegible]*<br><div align="center">[Seal] illegible] POLICE HEADQUARTERS<br>Paris Territorial Directorate of Home Security<br>Directorate [illegible] Paris Arrondissement [illegible]<br>AF14-27<br>/ Signature /</div><br>[handwritten] *11/13/21* |

[Handwritten] *Through the intervention of Mrs. Maïa ALKHANISHVILI who provided the interpretation from the Russian.*

| | |
|---|---|
| FRENCH REPUBLIC<br>MINISTRY OF THE INTERIOR<br>GENERAL DIRECTORATE OF THE<br>NATIONAL POLICE<br>PARIS POLICE HEADQUARTERS<br>‾‾‾‾‾‾<br>CENTRAL POLICE STATION 14TH<br>ARRONDISSEMENT<br>DTSP75<br>114, AVENUE DU MAINE<br>75014 PARIS<br>Ph.: 3430<br>Fax: 01 42 26 90 60<br>INSEE Code: 75114351<br><br>**P.V. No. 2021/011995**<br>‾‾‾‾‾‾<br>**CASE:**<br>**vs Alexander VINNIK**<br><br>**SUBJECT:**<br>**Service of Civil Act** | **PROCESS-VERBAL**<br>**PV no. 01903/2021/011995**<br><br>The year two thousand twenty-one,<br>The eighteenth of November<br><br>We, STEVE MENU<br>POLICE SERGEANT<br>On duty in PARIS 14<br><br>OFFICER OF THE JUDICIAL POLICE residing in PARIS<br>--- While in service,<br>--- Pursuing the execution of the instructions contained in the warrant no. WITHOUT REFERENCE dated 10/19/2021 from THE PUBLIC PROSECUTOR at the Court of Justice in PARIS. ---<br>--- The instructions requesting the service of a civil act, ---<br>--- Carrying out the preliminary investigation,<br>--- Having regard to Articles 75 et seq. of the Code of Criminal Procedure, ---<br><br>--- Having a permanent authorization to communicate issued by the First Deputy Public Prosecutor at the Court of Justice in PARIS. ---<br>**--- We go to the la Santé prison in Paris at 42 rue de la Santé in the 14ᵗʰ PARIS arrondissement** for the purpose of serving a civil act. ---<br>--- We enter the perimeter of the establishment, ---<br>--- It is [handwritten] *10:30 a.m.* ---<br>--- Set up in a room generally referred to as "visiting room" we requested and note the arrival of the individual named Alexander VINNIK, currently held at the La Santé prison at 42 rue de la Santé in the 14th PARIS arrondissement, under prison number. ---<br>--- WITH RESPECT TO RIGHTS ---<br>--- "I confirm that I am in your presence of my free will and I understand that, upon the instructions of the judicial tribunal in Paris, I am called for the purpose of the service of a legal act issued by the United States Department of Justice and dated 07/20/2021; note number 2021/110." ---<br>--- WITH RESPECT TO THE FACTS --- |

| | |
|---|---|
| | --- "I take note that you are handing to me personally a judicial act pertaining to civil matters dated 08/02/2021 sent from the United States of America for the purpose of applying a legal administrative sanction --- <br> --- I take note that I am receiving this act and its translation as it was transferred to the service prior to being handed over to me personally --- <br> --- I confirm that prior to the document being handed over, I was informed of my right to refuse by virtue of Article 688-6 of the Code of Criminal Procedure, namely if this act is in a language that I do now know --- <br> --- I also confirm that I have indeed received a receipt stating the date and the circumstances under which this act was given to me --- <br> --- After he read it himself, the declarant persisted and signed this document with us" --- [handwritten] *After* The declarant   *ALKHANISHVILI [illegible]* <br> [Seal] illegible] POLICE HEADQUARTERS <br> Paris Territorial Directorate of Home Security <br> Directorate [illegible] Paris Arrondissement [illegible] <br> AF14-27 <br> / Signature / <br> [handwritten] *11/13/21* |

[Handwritten] *Through the intervention of Mrs. Maïa ALKHANISHVILI who provided the interpretation from the Russian.*

2021/0080033507

**ANNEX 1**
CERTIFICATE OF DELIVERY OR NON-DELIVERY OF DOCUMENT
**(TO BE RETURNED TO THE REQUESTING AUTHORITY)**
(Article 688-7 of the Code of Civil Procedure)

**1 – Authority delivering the act:**
> [stamp]
> DSPAP [Local Security Paris Conurbation]
> Police Headquarters 14th Arrondissement
> 15 avenue du Général Leclerc
> 75011 PARIS

---

**2 – Execution of service:**

A – Method of delivering act:
[Handwritten] *Handed directly [to the interested party]*

B – Date on which the act was delivered:
[Handwritten] *11/18/2021*

C- Identity and capacity of the person to whom the act was delivered
[Handwritten] *Steve MENU, Officer of the Judiciary Police*

D – Attached documents proving delivery of the act:
[Handwritten] *Receipt confirming delivery of judicial or extra-judicial act*

---

**3 – Refusal of service:**

- The addressee refused to accept the act by virtue of Article 688-6 of the Code of Criminal Procedure

---

**4 – Failure to serve**

A – Reason for failure to serve the act:
> ………………………….

B – As the case may be, annexed documents:
> ………………………….

---

Done in: [handwritten] *Paris*
Signature of authority delivering the act: / *Signature* /

**ANNEX 2**
RECEIPT OF DELIVERY OF FOREIGN JUDICIAL OR EXTRA-JUDICIAL ACT
**(TO BE RETURNED TO THE ADDRESSEE OF THE ACT)**
(Art. 688-3 and 688-6 of the Code of Civil Procedure)

**1. Delivering service:**

[handwritten] *Police Headquarters 14th Arrondissement Paris*
*15 avenue du Général Leclerc 75014 Paris*
*SAIP/GAJ 14*

**2. Date of delivery of act :**
[handwritten] *On 11/23/2021*

**3. Name of act:**
[handwritten] *US Department of Justice*

**4. Origin of act (State of origin)**
[handwritten] *California in the United States*

**4. This receipt is handed over to (identity and address of addressee of the act)**
[handwritten] *Alexander VINNIK, born on* ▮▮▮ */1979 in Kurgan, Russia, Russian citizen, 2*
*Nova Ostanskinskaya Street in Moscow, language spoken: Russian*

Who was informed prior to the handing over of his right to refuse service of the act is he is not
familiar with the language et to request that it be translated or accompanied by a French-
language translation, on the initiative and at the expense of the requesting party (688-6 of the
Code of Civil Procedure).

After reading, [handwritten] *by the interpreter,* Mrs. *Maïa ALKHANISHVILI, in Russian*

Signature of addressee:
[handwritten] *Refuses to sign*

Signature of delivering service:          [handwritten in Russian]
/ Signature /                            *I refuse to sign, but I'm taking the documents.*
[illegible seal]

| Ministry of Justice | Prison no.: 307355 | Date of birth: ██/1979 |
| Directorate of Penitentiary Administration | Last name: VINNIK | End of security period: |
| Interregional Directorate of Penitentiary Services in Paris | First name: Alexander | Forecast date of release: 06/27/2023 |
| Paris La Santé Penitentiary Center | UGC: EBCQ110 | Manual penal situation: No |

## INMATE RECORD – SECTION 5

| Posting date | Case | Comment | Sentence beginning | Sentence to serve | Remainder to serve parole, Suspension, Installments | To deduct | | | To add | | Unconditional period | End of sentence |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Remand | Reduction, Sent Red Credit, Add Sent Red , Pardon | Amnesty | Withdr Reduction, Sent Red Credit, Add Sent Red , Pardon | Evasion | | |
| 01/24/ 2020 | | Taken into custody on 01/24/2020 at the Penitentiary at FRESNES under no  1008719 | | | | | | | | | | |
| 01/24/ 2020 | 01 | Detention warrant of specified period dated 01/23/2020 by Mr LE MASSIN, liberties and detention judge, considering the referral to Court by Mrs FONTAGNE, investigating magistrate at the Criminal Court in PARIS  For EXTORTION BY ORGANIZED GANG and EXTORTION BY ORGANIZED GANG, attempt at AGGRAVATED MONEY LAUNDERING: ASSISTANCE BY ORGANIZED GANG TO PROVIDE MISLEADING JUSTIFICATION OF THE ORIGIN OF PROPERTY OR REVENUE OF PERPETRATOR and CONSPIRACY FOR THE PURPOSE OF PREPARING A CRIME and BREACH OF AN AUTOMATED PERSONAL DATA PROCESSING SYSTEM SET UP BY THE STATE, COMMITTED WITHIN AN ORGANIZED GANG and FRAUDULENT INTRODUCTION OF DATA INTO AN AUTOMATED PROCESSING SYSTEM and FRAUDULENT MODIFICATION OF DATA CONTAINED IN AN AUTOMATED PROCESSING SYSTEM and OBSTACLE TO THE OPERATIONS OF AN AUTOMATED DATA PROCESSING SYSTEM  Criminal procedure  District attorney no 16 351 000673  Instruction no  821/18/2 PROVISIONAL INCARCERATION  Validity period 4 days (01/28/2020) | | | | | | | | | | |
| 01/24/ 2020 | 01 | Criminal matter decision dated 01/24/2020 by Mr  PETIT, public prosecutor at the Criminal Court in Paris  Procedure for extradition Execution of provisional detention for extradition | | | | | | | | | | |

La Santé Penitentiary Center in Paris
42 rue de la Santé
75674 PARIS 1th ARRONDISSEMENT
Phone :

Edited on 11/17/2021 at 1112 hours

Page 3/11

Ministry of Justice
Directorate of Penitentiary Administration
Interregional Directorate of Penitentiary
Services in Paris
Paris La Santé Penitentiary Center

**Prison no.**: 307355

**Last name**: VINNIK

**First name**: Alexander

**UGC**: EBCQ110

**Date of birth**: ▉/1979

**End of security period**:

**Forecast date of release**: 06/27/2023

**Manual penal situation**: No

| Posting date | Case | Comment | Sentence beginning | Sentence to serve | Remainder to serve parole, Suspension, Installments | To deduct | | | To add | | Unconditional period | End of sentence |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Remand | Reduction, Sent Red Credit, Add Sent Red , Pardon | Amnesty | Withdr Reduction, Sent Red Credit, Add Sent Red , Pardon | Evasion | | |
| | | FRAUDULENTLY GAINING ACCESS TO AN AUTOMATED DATA PROCESSING SYSTEM and BREACH OF AN AUTOMATED PERSONAL DATA PROCESSING SYSTEM SET UP BY THE STATE, COMMITTED WITHIN AN ORGANIZED GANG and FRAUDULENT ACCESS OF DATA IN AN AUTOMATED DATA PROCESSING SYSTEM and PARTICIPATION IN CONSPIRACY FOR THE PURPOSE OF PREPARING A CRIME PUNISHABLE BY 10 YEARS IN PRISON and FRAUDULENT INTRODUCTION OF DATA INTO AN AUTOMATED DATA PROCESSING SYSTEM and FRAUDULENT MODIFICATION OF DATA WITHIN AN AUTOMATED PROCESSING SYSTEM and INTERFERENCE WITH THE OPERATIONS OF AN AUTOMATED DATA PROCESSING SYSTEM  Criminal procedure  District attorney no  16 351 000673  Instruction no 821/18/2 RECLASSIFICATION PARTIAL DISMISSAL for certain acts, REFERRAL TO THE CRIMINAL COURT CONTINUED DETENTION  Validity period 2 months (09/21/2020) | | | | | | | | | | | |
| 09/04/ 2020 | 01 | Decision served on 09/04/2020 Provisional detention for extradition from 06/27/2018 to 01/23/2020 in GREECE | | | | | | | | | | |
| 09/14/ 2020 | 01 | Decision dated 09/14/2020 by 13thCH/1 at the Criminal Court in Paris  Criminal procedure in the presence of both parties CONTINUED DETENTION – referred for later hearing  Date of referral hearing 10/19/2020 Hearings from 10/19/2020 to 10/22/2020 And extends the provisional detention by 2 months starting on 09/21/2020 | | | | | | | | | | |
| 10/08/ 2020 | | Release transfer on 10/08/2020 at 2:24 p m  from the Penitentiary Center in FRESNES to the La Santé Penitentiary Center in Paris for detention no  1008719 | | | | | | | | | | |
| 10/08/ 2020 | | After transfer on 10/08/2020, detained at the La Santé Penitentiary Center in Paris under no  307355 | | | | | | | | | | |

La Santé Penitentiary Center in Paris
42 rue de la Santé
75674 PARIS 1th ARRONDISSEMENT
Phone :                                        Edited on 11/17/2021 at 11:12 hours                                        Page 5/11

Ministry of Justice
Directorate of Penitentiary Administration
Interregional Directorate of Penitentiary
Services in Paris
Paris La Santé Penitentiary Center

**Prison no.**: 307355
**Last name**: VINNIK
**First name**: Alexander
**UGC**: EBCQ110

**Date of birth**: ███/1979
**End of security period**:
**Forecast date of release**: 06/27/2023
**Manual penal situation**: No

| Posting date | Case | Comment | Sentence beginning | Sentence to serve | Remainder to serve parole, Suspension, Installments | To deduct | | | To add | | Unconditional period | End of sentence |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Remand | Reduction, Sent Red Credit, Add Sent Red , Pardon | Amnesty | Withdr Reduction, Sent Red Credit, Add Sent Red , Pardon | Evasion | | |
| | | AUTOMATED TREATMENT and EXTORTION THROUGH VIOLENCE, THREAT OR COERCION OF SIGNATURE, PROMISE, SECRET, FUNDS, ASSETS OR GOODS or EXTORTION THROUGH VIOLENCE, THREAT OR COERCION OF SIGNATURE, PROMISE, SECRET, FUNDS, ASSETS OR GOODS, attempt and PARTICIPATION IN CONSPIRACY FOR THE PURPOSE OF PREPARING A CRIME PUNISHABLE BY 10 YEARS IN PRISON and AGGRAVATED LAUNDERING: ASSISTANCE IN ORGANIZED GANG TO DECEPTIVE JUSTIFICATION OF THE ORIGIN OF PROPERTY OR REVENUE OF PERPETRATOR and BREACH OF AN AUTOMATED PERSONAL DATA PROCESSING SYSTEM SET UP BY THE STATE, COMMITTED WITHIN AN ORGANIZED GANG  Criminal procedure District attorney no  16 351 000673  Instruction no 821/18/2<br>PROVISIONAL INCARCERATION  Validity period 4 days (01/28/2020)<br>FRAUDULENT INTRODUCTION OF DATA INTO AN AUTOMATED DATA PROCESSING SYSTEM and FRAUDULENT MODIFICATION OF DATA WITHIN AN AUTOMATED PROCESSING SYSTEM and INTERFERENCE WITH THE OPERATIONS OF AN AUTOMATED DATA PROCESSING SYSTEM  Criminal procedure in the presence of both parties  District attorney no  16351000673  Chambers no  13/1<br>CONTINUED DETENTION - deliberated  Date of deliberation: 12/07/2020 | | | | | | | | | | |
| 12/07/2020 | 01 | Judgment of 12/07/2020 by President of the Criminal Court in PARIS  For AGGRAVATED LAUNDERING: ASSISTANCE BY AN ORGANIZED GANG TO DECEPTIVE JUSTIFICATION FOR THE ORIGIN OF THE FUNDS OR INCOME OF THE PERPETRATOR OF A CRIME  Lower criminal court procedure in the presence of both parties  Public Prosecutor no  16351000673  Chamber no  13/1  ACQUITTAL FOR THE REMAINDER IMPRISONMENT  Quantum of penalty 5 years  Imprisonment maintained | (01/23/ 2020) | (5 years) | | | | | | | | (01/23/ 2025) |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CONCURRENT EXECUTION – Provisional detention on current incarceration  From 06/27/2018 to 01/23/2020 or 1 year 6 months and 27 days  Provisional detention in view of extradition took place in GREECE | | | | | | | | |
| | | CONCURRENT EXECUTION - Provisional detention on current incarceration | (01/23/ 2025) | | (1 year, 6 months and 27 days) | | | | | | (06/27/ 2023) |
| 12/17/2020 | 01 | Appeal on 12/17/2020 by attorney  For AGGRAVATED LAUNDERING: ASSISTANCE BY AN ORGANIZED GANG TO DECEPTIVE JUSTIFICATION FOR THE ORIGIN OF THE FUNDS OR INCOME OF THE PERPETRATOR OF A CRIME  Upon judgment of 12/07/2020 | | | | | | | | |

La Santé Penitentiary Center in Paris               Edited on 11/17/2021 at 1112 hours             Page 7/11
42 rue de la Santé
75674 PARIS 1th ARRONDISSEMENT
Phone :

Ministry of Justice
Directorate of Penitentiary Administration
Interregional Directorate of Penitentiary
Services in Paris
Paris La Santé Penitentiary Center

**Prison no.:** 307355

**Last name:** VINNIK

**First name:** Alexander

**UGC:** EBCQ110

**Date of birth:** ▉/1979

**End of security period:**

**Forecast date of release:** 06/27/2023

**Manual penal situation:** No

| Posting date | Case | Comment | Sentence beginning | Sentence to serve | Remainder to serve parole, Suspension, Installments | To deduct | | | To add | | Unconditional period | End of sentence |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Remand | Reduction, Sent Red Credit, Add Sent Red , Pardon | Amnesty | Withdr Reduction, Sent Red Credit, Add Sent Red , Pardon | Evasion | | |
| | | AUTOMATED PROCESSING and INTERFERENCE WITH THE OPERATIONS OF AN AUTOMATED DATA PROCESSING SYSTEM and FRAUDULENT MODIFICATION OF DATA WITHIN AN AUTOMATED PROCESSING SYSTEM and BREACH OF AN AUTOMATED PERSONAL DATA PROCESSING SYSTEM SET UP BY THE STATE, COMMITTED WITHIN AN ORGANIZED GANG Lower criminal court procedure in the presence of both parties  Public Prosecutor no  16351000673 CONTINUED DETENTION - deliberated  Date of deliberation: 06/24/2021 | | | | | | | | | | |
| 06/24/2021 | 01 | Criminal court ruling dated 06/24/2021 by the president of the PARIS Appeals Court  For BREACH OF AN AUTOMATED PERSONAL DATA PROCESSING SYSTEM SET UP BY THE STATE, COMMITTED WITHIN AN ORGANIZED GANG and FRAUDULENT MAINTENANCE OF DATA IN AN AUTOMATED DATA PROCESSING SYSTEM and INTERFERENCE WITH THE OPERATIONS OF AN AUTOMATED DATA PROCESSING SYSTEM and FRAUDULENT INTRODUCTION OF DATA INTO AN AUTOMATED PROCESSING SYSTEM and EXTORTION THROUGH VIOLENCE, THREATS OR COERCION OF SIGNATURE, PROMISE, SECRET, FUNDS, ASSETS, attempt and PARTICIPATION IN CONSPIRACY IN VIEW OF PREPARING A CRIME PUNISHABLE BY 10 YEARS IN PRISON and AGGRAVATED LAUNDERING: ASSISTANCE BY AN ORGANIZED GANG TO DECEPTIVE JUSTIFICATION FOR THE ORIGIN OF THE FUNDS OR INCOME OF THE PERPETRATOR OF A CRIME and FRAUDULENT MODIFICATION OF DATA CONTAINED IN AN AUTOMATED PROCESSING SYSTEM  Lower criminal court procedure in the presence of both parties Public Prosecutor no  16351000673  Chamber no  11, Division 2 IMPRISONMENT  Quantum of penalty 5 years Imprisonment maintained | (01/23/2020) | (5 years) | | | | | | | | (01/23/2025) |

La Santé Penitentiary Center in Paris
42 rue de la Santé
75674 PARIS 1th ARRONDISSEMENT
Phone :

Edited on 11/17/2021 at 11:12 hours

Page 9/11

Ministry of Justice
Directorate of Penitentiary Administration
Interregional Directorate of Penitentiary
Services in Paris
Paris La Santé Penitentiary Center

**Prison no.** : 307355

**Last name** : VINNIK

**First name** : Alexander

**UGC** : EBCQ110

**Date of birth** : ███/1979

**End of security period** :

**Forecast date of release** : 06/27/2023

**Manual penal situation** : No

| Posting date | Case | Comment | Sentence beginning | Sentence to serve | Remainder to serve parole, Suspension, Installments | To deduct | | | To add | | Unconditional period | End of sentence |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Remand | Reduction, Sent Red Credit, Add Sent Red , Pardon | Amnesty | Withdr Reduction, Sent Red Credit, Add Sent Red , Pardon | Evasion | | |
| 07/22/2021 | | criminal ruling impacting the execution of a sentence dated 07/22/2021  BREACH OF AN AUTOMATED PERSONAL DATA PROCESSING SYSTEM SET UP BY THE STATE, COMMITTED WITHIN AN ORGANIZED GANG and FRAUDULENT MAINTENANCE OF DATA IN AN AUTOMATED DATA PROCESSING SYSTEM and FRAUDULENT ACCESS INTO AN AUTOMATED DATA PROCESSING SYSTEM and FRAUDULENT INTRODUCTION OF DATA INTO AN AUTOMATED PROCESSING SYSTEM and EXTORTION THROUGH VIOLENCE, THREATS OR COERCION OF SIGNATURE, PROMISE, SECRET, FUNDS, ASSETS and EXTORTION THROUGH VIOLENCE, THREATS OR COERCION OF SIGNATURE, PROMISE, SECRET, FUNDS, ASSETS, attempt and PARTICIPATION IN CONSPIRACY IN VIEW OF PREPARING A CRIME PUNISHABLE BY 10 YEARS IN PRISON and AGGRAVATED LAUNDERING: ASSISTANCE BY AN ORGANIZED GANG TO DECEPTIVE JUSTIFICATION FOR THE ORIGIN OF THE FUNDS OR INCOME OF THE PERPETRATOR OF A CRIME and FRAUDULENT MODIFICATION OF DATA CONTAINED IN AN AUTOMATED PROCESSING SYSTEM NULLITY  Quantum of penalty 11 months  Imprisonment maintained  Sentence reduction credit (CRP) Case 1, the interested party having taken the case to the Appeals Court | 07/27/2022 | | | | | | 11 months | | | 06/27/2023 |

La Santé Penitentiary Center in Paris
42 rue de la Santé
75674 PARIS 1th ARRONDISSEMENT
Phone :

Edited on 11/17/2021 at 1112 hours

| | | | | | |
|---|---|---|---|---|---|
| Ministry of Justice | | | **Prison no.** : 307355 | | **Date of birth** : ▮/1979 |
| Directorate of Penitentiary Administration | | | **Last name** : VINNIK | | **End of security period** : |
| Interregional Directorate of Penitentiary Services in Paris | | | **First name** : Alexander | | **Forecast date of release** : 06/27/2023 |
| Paris La Santé Penitentiary Center | | | **UGC** : EBCQ110 | | **Manual penal situation** : No |

## INMATE RECORD – SECTION 1

### Principal Civil Status

| | | | | | |
|---|---|---|---|---|---|
| Last name: | VINNIK | Date of birth: | ▮/1979 | Son of: | VINNIK Vladimir |
| Married name: | | Municipality of birth: | KURGAN | And of: | VINNIK Vera |
| First name(s): | Alexander | Department of country of birth: | RUSSIAN FEDERATION | | |
| Nickname: | | Citizenship(s): | Russian | AKA: | |
| Sex: | Male | Main spoken language: | | SS number: | 716010004213410 |

### Additional Civil Status

| **Domicile** | | **Marital status** | | **Physical data** | |
|---|---|---|---|---|---|
| Street: | 21 RUE VTORAYA NOVOOSTANSKINSKAIA | Marital status: | | Height (cm): | |
| Additional info 1: | APT. 138 | No. of children: | Incl. born in detention: | Eyes: | |
| Additional info 2: | | Child left in care of the other parent: No | | Hair: | |
| Locality: | | **Contact Person** | | Distinguishing marks: | |
| Geographical municip.: | | Last and first names: | | Remarks: | |
| Zip code: | | Capacity: | | **Professional situation**: | |
| Town: | MOSCOW | Address: | FRANCE | Level of education: | |
| Country: | RUSSIAN FEDERATION | Telephone: | | Exercised profession: | |
| | | | | Employment situation: | |

### Penitentiary information

| **Initial custody:** | | **Current custody:** | | | |
|---|---|---|---|---|---|
| Was already incarcerated: | | **Origin:** | Establishment | **Date and time of custody:** | 10/08/2020 at 1456 hours |
| No of initial custody: | | **Crim. categ. upon custody:** | Defendant | **Custody type:** | Post-transfer custody |
| Initial establishment: | | **Title type:** | Committal order | | |
| List of subsequent detention centers: | | **Date:** | 10/08/2020 | **Status:** | Accommodated |
| 1: FRESNES PRISON no. 1008719 from 01/24/2020 to 10/08/2020 | | **Origin** | PARIS Court of Law | **UGC:** | EBCQ10 |
| 2: PARIS LA SANTE PRISON no. 307355 from 10/08/2020 to the present | | **Procedure:** | Criminal | **End of security period:** | |
| | | **Quantum of penalty:** | | | |
| | | **Offenses:** EXTORTION IN ORGANIZED GANG | | | |

La Santé Penitentiary Center in Paris
42 rue de la Santé
75674 PARIS 1th ARRONDISSEMENT
Phone :                                    Edited on 11/17/2021 at 1112 hours                                    Page 1/11

| | |
|---|---|
| FRENCH REPUBLIC<br>MINISTRY OF THE INTERIOR<br>GENERAL DIRECTORATE OF THE<br>NATIONAL POLICE<br>PARIS POLICE HEADQUARTERS<br>_____<br><br>CENTRAL POLICE STATION 14TH<br>ARRONDISSEMENT<br>DTSP75 [Territorial Directorate of Home<br>Security]<br>114, AVENUE DU MAINE<br>75014 PARIS<br>Ph.: 3430<br>Fax: 01 42 26 90 60<br>INSEE Code: 75114351<br><br>**P.V. No. 2021/011995**<br>_____<br>**CASE:**<br>**vs Alexander VINNIK**<br><br>**SUBJECT:**<br>**END** | **PROCESS-VERBAL**<br><br>The year two thousand twenty-one,<br>The twenty-fourth of November at two fifty-six p.m.<br><br>We, STEVE MENU<br>POLICE SERGEANT<br>On duty in PARIS 14<br><br>OFFICER OF THE JUDICIAL POLICE residing in PARIS<br>--- While in service,<br>--- Executing the instructions contained in the warrant no. WITHOUT REFERENCE dated 10/19/2021 from THE PUBLIC PROSECUTOR at the Court of Justice [TJ] in PARIS. ---<br>--- Carrying out the preliminary investigation,<br>--- Having regard to Articles 75 et seq. of the Code of Criminal Procedure, ---<br><br>--- We note that we have closed the current procedure to be transmitted to the Public Prosecutor PARIS PUBLIC PROSECUTOR'S OFFICE<br>--- Duly recorded.<br><br>OFFICER OF THE JUDICIAL POLICE<br>/ Signature / |
| **END AND TRANSMITTAL** | --- Of which this is the process-verbal closed on this day, the 24th of November 2021, to be transmitted to the Public Prosecutor PARIS PUBLIC PROSECUTOR'S OFFICE.<br>POLICE COMMANDER<br>[handwritten] *on 11/25/2021*<br>[stamp]<br>Police Captain<br>/ Signature /<br>Peggy BUSSILLET<br>Florent SAUVAGET |
| 2021/0080033507 | |

SAN FRANCISCO, CA
U.S. ATTORNEY'S OFFICE

2017 JAN 27  PM 1:46

RECEIVED