# Exhibit B


**MINISTÈRE
DE LA JUSTICE**
*Liberté
Égalité
Fraternité*

**Direction des affaires civiles
et du sceau**

Paris, le 19-01-2022

LE GARDE DES SCEAUX, MINISTRE DE LA JUSTICE
À
UNITED STATES ATTORNEY'S OFFICE - SAVITH
IYENGAR, PROCUREUR ADJOINT
450 GOLDEN GATE AVE., 9 TH FL.,
BOX 36055
CA 94102 SAN FRANCISCO
ETATS-UNIS D'AMERIQUE

**Département de l'entraide, du droit international privé
et européen**

**Référence à rappeler :**
**5545TR2021 ETATS-UNIS D'AMERIQUE**
**Demande United States Attorney's Office du 20/07/21-Plainte et
assignation introductives de poursuites civiles à l'encontre des
défendeurs-**

**Destinataire : Monsieur Alexander VINNIK - LA SANTÉ PRISON -
42 RUE DE LA SANTÉ - 75014 PARIS**

28.12.        060429

**Objet :** Retour d'une demande de notification d'acte judiciaire.

**Texte de référence :** Circulaire NOR JUS CO5 20 961 C (CIV/20/05) du 1er février 2006, relative aux "Notifications internationales des actes judiciaires et extrajudiciaires en matière civile et commerciale" [ la partie pratique de la circulaire est disponible sur l'Internet à l'adresse : www.entraide-civile-internationale.justice.gouv.fr

J'ai l'honneur de vous faire parvenir sous ce pli les documents établis à la suite d'une

demande de notification internationale.

Cachet du Ministère de la Justice

PF

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☑ **1. that the document has been served***
*que la demande a été exécutée**

| | |
|---|---|
| **— the (date)** / le (date): | 18 novembre 2021 |
| **— at (place, street, number):**<br>à (localité, rue, numéro) : | 114 avenue du Maine-75014 Paris |

**— in one of the following methods authorised by Article 5:**
*dans une des formes suivantes prévues à l'article 5 :*

| | | |
|---|---|---|
| ☐ | *a)* | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre a))* |
| ☐ | *b)* | **in accordance with the following particular method***<br>selon la forme particulière suivante* : |
| ☐ | *c)* | **by delivery to the addressee, if he accepts it voluntarily***<br>par remise simple* |

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| **Identity and description of person:**<br>Identité et qualité de la personne : | Monsieur Alexander VINNIK, destinataire |
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts***:
*que la demande n'a pas été exécutée, en raison des faits suivants**:

| |
|---|
| |

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

**Annexes** / *Annexes*

| | |
|---|---|
| **Documents returned:**<br>Pièces renvoyées : | |
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution :<br>* if appropriate / s'il y a lieu | Procès-verbal n°2021:011995 établi le 18 novembre 2021 par M.Steve MENU, brigadier au commissariat de Paris XIVè arrt |

| | |
|---|---|
| **Done at** / Fait à<br>Paris<br>**The** / le<br>19 janvier 2022 | **Signature and/or stamp**<br>Signature et / ou cachet |

_A_ _juat_ _judiciaire_

REPUBLIQUE FRANCAISE
MINISTERE DE L'INTERIEUR
DIRECTION GENERALE DE LA POLICE NATIONALE
PREFECTURE DE POLICE DE PARIS
---------

CSP DU 14EME
ARRONDISSEMENT DE PARIS
DTSP75
114, AVENUE DU MAINE
75014 PARIS
Tel : 3430
Fax : 01 42 26 90 60
Code INSEE : 75114351

**P. V. : n°2021/011995**
---------------
**AFFAIRE :**
**C/Alexander VINNIK**
**Notification acte civil**

**OBJET :**
**SAISINE**

# PROCES-VERBAL
## PV n° 01903/2021/011995



L'an deux mil vingt et un,
Le huit novembre, à quatorze heures quarante deux,

Nous, STEVE MENU
BRIGADIER DE POLICE
En fonction à PARIS 14

AGENT DE POLICE JUDICIAIRE en résidence à PARIS
--- Nous trouvant au service,
--- Agissant en exécution des instructions contenues dans le soit-transmis n° SANS
REF en date du 19/10/2021 de Monsieur Monsieur le Procureur de la République,
PROCUREUR DE LA REPUBLIQUE près le TJ PARIS, ---
--- Agissant en matière d'enquête préliminaire,
--- Vu les articles 75 et suivants du Code de procédure pénale, ---

---Agissant conformément aux instructions de Monsieur SAUVAGET
Florent ,Commandant de Police, Officier de Police Judiciaire en charge du
service---
---Sommes destinataire de l'exécution d'une instruction émanant de la
section A2 du tribunal judiciaire de Paris datée du 06/10/2021, référence N°
5545TR2021/Etats-Unis d' Amérique ---
---Instruction est donnée de transmettre un acte civil su r le fondement de
la convention de La Haye à Monsieur Alexander VINNIK, incarcéré à la
Maison de la Santé---
---Procédons à cette exécution par procès verbaux que nous plaçons par
ordre chronologique à la suite du présent---
---Dont Saisine---

L' A. P. J.

2021/0080033507

**PARQUET DU TRIBUNAL**
**DE GRANDE INSTANCE**
**DE PARIS**
**\* \* \* \* \***
A2 Exécution des Peines

Paris, le 13 mars 2019

## PERMIS DE COMMUNIQUER PERMANENT

Nous, Bernard BELOTTE, Premier vice-procureur près le Tribunal de Grande Instance de PARIS

Vu le protocole relatif au signalement et au traitement des incidents et infractions sur le site du centre penitentiaire de Paris La Santé

autorisons tous officiers ou agents de police judiciaire affectés au commissariat du 14ème arrondissement et au 3ème district de police judiciaire de Paris à communiquer avec toute personne écrouée au centre pénitentiaire de Paris la Santé,

aux fins notamment d'audition et d'effectuer tous les actes et opérations utiles à la manifestation de la vérité, dans le respect des règles régissant le fonctionnement de l'établissement pénitentiaire, pour les besoins de l'enquête.

Les enquêteurs sont notamment autorisés à faire entrer et faire usage d'un ordinateur portable, d'une imprimante et tous câbles et accessoires indispensables au fonctionnement desdits ordinateur et imprimante.

P/LE PROCUREUR DE LA RÉPUBLIQUE

Bernard BELOTTE
Premier vice-procureur

REPUBLIQUE FRANCAISE
MINISTERE DE L'INTERIEUR
DIRECTION GENERALE DE LA POLICE NATIONALE
PREFECTURE DE POLICE DE PARIS

--------

CSP DU 14EME
ARRONDISSEMENT DE PARIS
DTSP75
114, AVENUE DU MAINE
75014 PARIS
Tel : 3430
Fax : 01 42 26 90 60
Code INSEE : 75114351

**P. V. : n°2021/011995**

---------------
**AFFAIRE :**
**C/Alexander VINNIK**
**Notification acte civil**

**OBJET :**
**REQUISITION TRADUCTRICE**

# PROCES-VERBAL

L'an deux mil vingt et un,
Le dix-huit novembre, à dix heures

Nous, ELIZABETH BUTEUX
BRIGADIER CHEF DE POLICE
En fonction à Paris 14

OFFICIER DE POLICE JUDICIAIRE en résidence à Paris
--- Nous trouvant au service,
--- Poursuivant l'exécution des instructions contenues dans le soit-transmis n° SANS REF en date du 19/10/2021 de Monsieur Monsieur le Procureur de la République, PROCUREUR DE LA REPUBLIQUE près le TJ PARIS, ---
--- Poursuivant l'enquête en la forme préliminaire,
--- Vu les articles 75 et suivants du Code de procédure pénale, ---
--- Assistée de MENU STEVE BRIGADIER DE POLICE du service,

---Vu l'article 77-1 du CPP,--------

**---Prions et au besoin requérons---**
---Madame Maïa ALKHANISHVILI, demeurant à Paris-15, traductrice en langue russe qui a prêté serment---.

**---Aux fins de réaliser les actes ci-après :**--------
---Bien vouloir procéder à une traduction orale pour la notification d'un acte civil ce jour concernant la perrsonne ci-dessous désignée incarcérée la prison de la Santé 75014 Paris:---
---Monsieur VINNICK ALEXANDER né le ████/1979 à KURGAN (RUSSIE), de nationalité RUSSE, demeurant 42, RUE DE LA SANTE à PARIS 75014 14ème Précisions : Prison de la Santé ---

---Pour sa garantie personnelle, et afin qu'il n'en ignore, l'originale de la présente réquisition est remise à Madame ALKHANISHVILI Maïa demeurant à Paris-15----
---Dont acte.---------

L' Assistant

L'O.P.J.

2021/0080033507



**PREFECTURE DE POLICE**
**DTSP 75**
**3ème district**
**CP 14**
**SAIP 14**

# PRESTATION DE SERMENT D'UN INTERPRETE

**AFFAIRE C/** *Alexander VIWNIK*
**PV N°** *2021/11995*

**L'interprète ci-après désigné :**

**Nom :** *ARNUANI SUIDINI*
**Prénom :** *Maria*

**Prête serment d'apporter son concours à la justice en honneur et conscience conformément aux dispositions de l'article 60al2 du Code de Procédure pénale.**

**L'interprète,**                    *23/11/2021*

**Vu et annexé,**

REPUBLIQUE FRANCAISE
MINISTERE DE L'INTERIEUR
DIRECTION GENERALE DE LA POLICE NATIONALE
PREFECTURE DE POLICE DE PARIS
--------

CSP DU 14EME
ARRONDISSEMENT DE PARIS
DTSP75
114, AVENUE DU MAINE
75014 PARIS
Tel : 3430
Fax : 01 42 26 90 60
Code INSEE : 75114351

P. V. : n°2021/011995
----------------
**AFFAIRE :**
**C/Alexander VINNIK**

**OBJET :**
**Notification acte civil**

# PROCES-VERBAL

**PV n° 01903/2021/011995**

L'an deux mil vingt et un,
Le dix-huit novembre

Nous, STEVE MENU
BRIGADIER DE POLICE
En fonction à PARIS 14

AGENT DE POLICE JUDICIAIRE en résidence à PARIS
--- Nous trouvant au service,
--- Poursuivant l'exécution des instructions contenues dans le soit-transmis n° SANS REF en date du 19/10/2021 de Monsieur Monsieur le Procureur de la République, PROCUREUR DE LA REPUBLIQUE près le TJ PARIS, ---
--- Les instructions étant remise d'un acte civil, ---
--- Poursuivant l'enquête en la forme préliminaire,
--- Vu les articles 75 et suivants du Code de procédure pénale, ---
-- Muni d'un permis de communiquer permanent délivré par Monsieur , Premier Vice-Procureur près le Tribunal de Grande Instance de Paris.---
--- Nous transportons à la **Maison d'arrêt de Paris la Santé** au **42 rue de la Santé à PARIS XIVème** aux fins de notification d' un acte civil----
---Pénétrons dans l'enceinte de l'établissement, ---
---Il est 10h30--
---Installé dans un boxe communément appelé " parloir avocat", avons mandé et constatons que se présente devant nous le nommé Alexander VINNIK actuellement incarcéré à la maison d'arrêt de la Santé située 42 rue de la Santé à PARIS-14 sous le numéro d' écrou .--
---SUR LES DROITS---
---" Je confirme être présent devant vous de mon plein gré et je prends acte que je suis convoqué pour la notification d'un acte civil émanant du ministère de la justice des Etats-Unis daté du 20/07/2021 sur les instructions du tribunal judiciaire de Paris; bordereau numéro 2021/110."---
---SUR LES FAITS---
---" Je prends acte que vous me remettez en main propre une signification d'un acte judiciaire en matière civile datée du 02/08/2021 provenant des Etats-Unis d'Amérique pour faire appliquer une sanction adminisrtative légale---
---Je prends acte que je reçois cet acte et sa traduction dans l'état où il a été transmis au service avant remise en main propre---
---Je confirme que préalablement à la remise de l'acte, j'ai été informé de mon droit à le refuser, notamment si cet acte est dans une langue que je ne connais pas conformément à l'article 688-6 du code de procédure pénal---
---Je confirme également que j'ai bien obtenu un récépissé attestant de la date et des conditions de cette remise de l'acte----
---Après lecture faite par lui-même, la déclarant persiste et signe avec nous le présent"--- Apres
Le déclarant

Sous le tradement de Mle AlKUANISAVILIMarin
en langue Russe

2021/0080033507

## ANNEXE 1

### ATTESTATION DE REMISE OU DE NON REMISE DE L'ACTE
### (A RETOURNER A L'AUTORITÉ REQUÉRANTE)
(art. 688-7 du code de procédure civile)

**1 – Autorité de remise de l'acte :**

............................DSPAP...........................
.................Commissariat Central du XIV ème................
.................15 avenue du General Leclere................
............................75014 PARIS...........................

**2 – Accomplissement de la notification :**

**A – Mode de remise de l'acte :**

*in main propre*

**B – Date de remise de l'acte :**

*18/11/2021*

**C – Identité et qualité de la personne à qui a été remis l'acte**

*MENU Steve , A.P.J*

**D – Pièces jointes attestant de la remise de l'acte :** / *Recepisse de la remise d'un acte judiciaire ou extrajudiciaire*

**3 – Refus de la notification :**

• Le destinataire a refusé d'accepter l'acte en application de l'article 688-6 du code de procédure civile

**4 – Non-accomplissement de la notification**

**A – Motif du non-accomplissement de la notification de l'acte :**

...........................................................................

**B – Le cas échéant, documents annexes :**

...........................................................................

**Fait à :** *Paris*

**Signature de l'autorité de remise de l'acte :**

**ANNEXE 2**

RÉCÉPISSÉ DE REMISE D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE EN
PROVENANCE DE L'ETRANGER
**(A REMETTRE AU DESTINATAIRE DE L'ACTE)**
(art. 688-3 et 688-6 du code de procédure civile)

1. Service remettant : *Commissariat de Police des 14ᵉⁱ Paris 15 avenue du Colonel Leclerc 75014 Paris S.A.I.P / G.A.I TU*

2. Date de remise de l'acte : *le 25/11/2021*

3. Intitulé de l'acte : *US Department of Justice*

4. Acte en provenance de (Etat de provenance) : *Californie aux Etats-Unis*

5. Le présent récépissé est remis à (identité et adresse du destinataire de l'acte) : *Alexander [redacted] né le [redacted]/1979 a [illegible] en Russie [illegible] russe [illegible] Moscou langue parlée le russe*

Qui a été informé préalablement à la remise de son droit de refuser la notification de l'acte s'il n'en connaît pas la langue, et demander que celui-ci soit traduit ou accompagné d'une traduction en langue française, à la diligence et aux frais de la partie requérante (688-6 du code de procédure civile).

Lecture faite, *par l'interprète Mme AHKUANISLUM en langue russe*

Signature du destinataire : *Refuse de signer*

Signature du service remettant :

*Я ОТКАЗЫВАЮСЬ ПОДПИСАТЬ НО Я ЗАБИРАЮ ДОКУМЕНТЫ*

Ministère de la Justice
Direction de l'administration pénitentiaire
Direction Interrégionale des Services Pénitentiaires de Paris
Centre Pénitentiaire de Paris La Santé

N° Écrou : 307355
Nom : VINNIK
Prénom : Alexander
UGC : EBCQI10

Date de naissance :         /1979
Fin période de sûreté :
Date libération prévisionnelle : 27/06/2023
Situation pénale manuelle :   Non

## FICHE PENALE – VOLET 5

| Date écriture | Affaire | Commentaire | Début de peine | Peine à subir | Reliquat à subir LC, Suspension, Fractionne ment | A soustraire | | | A ajouter | | Période de sûreté | Fin de peine |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | DP | RP, CRP, RSP, Grâce | Confusion amnistie | Retrait RP, CRP, RSP, DP, Grâce | évasion | | |
| 24/01/2020 | | *Ecroué le 24/01/2020 à CP FRESNES sous le N° 1008719* | | | | | | | | | | |
| 24/01/2020 | 01 | mandat de dépôt à durée déterminée en date du 23/01/2020, par Mr LE MASSON JLD,vu la saisine de Mme FONTANGE Juge d'instruction, au TJ PARIS. Pour EXTORSION EN BANDE ORGANISEE et EXTORSION EN BANDE ORGANISEE, tentative et BLANCHIMENT AGGRAVE : AIDE EN BANDE ORGANISEE A LA JUSTIFICATION MENSONGERE DE L'ORIGINE DES BIENS OU REVENUS DE L'AUTEUR D'UN DELIT et PARTICIPATION A UNE ASSOCIATION DE MALFAITEURS EN VUE DE LA PREPARATION D'UN CRIME et ATTEINTE A UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES A CARACTERE PERSONNEL MIS EN OEUVRE PAR L'ETAT, COMMISE EN BANDE ORGANISEE et MAINTIEN FRAUDULEUX DANS UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES et ATTEINTE A UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES A CARACTERE PERSONNEL MIS EN OEUVRE PAR L'ETAT, COMMISE EN BANDE ORGANISEE et INTRODUCTION FRAUDULEUSE DE DONNEES DANS UN SYSTEME DE TRAITEMENT AUTOMATISE et MODIFICATION FRAUDULEUSE DE DONNEES CONTENUES DANS UN SYSTEME DE TRAITEMENT AUTOMATISE et ENTRAVE AU FONCTIONNEMENT D'UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES. Procédure Criminelle. Parquet N°16 351 000673. Instruction N°821/18/2. INCARCERATION PROVISOIRE. Quantum de validité de 4 jours (28/01/2020). | | | | | | | | | | |
| 24/01/2020 | 01 | décision en matière pénale en date du 24/01/2020, par M. PETIT Procureur de la république, au TJ PARIS. Procédure Extraditionnelle. Exécution d'une détention provisoire extraditionnelle effectuée en | | | | | | | | | | |



Centre Pénitentiaire de Paris La Santé
42 rue de la Santé
75674 PARIS 14EME
Téléphone :

Ministère de la Justice
Direction de l'administration pénitentiaire
Direction Interrégionale des Services Pénitentiaires de Paris
Centre Pénitentiaire de Paris La Santé

N° Écrou : 307355
Nom : VINNIK
Prénom : Alexander
UGC : EBCQI10

Date de naissance : ▮1979
Fin période de sûreté :
Date libération prévisionnelle : 27/06/2023
Situation pénale manuelle : Non

| Date écriture | Affaire | Commentaire | Début de peine | Peine à subir | Reliquat à subir LC, Suspension, Fractionnement | A soustraire | | | A ajouter | | Période de sûreté | Fin de peine |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | DP | RP, CRP, RSP, Grâce | Confusion amnistie | Retrait RP, CRP, RSP, DP, Grâce | évasion | | |
| | | ACCES FRAUDULEUX DANS UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES et ATTEINTE A UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES A CARACTERE PERSONNEL MIS EN OEUVRE PAR L'ETAT, COMMISE EN BANDE ORGANISEE et MAINTIEN FRAUDULEUX DANS UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES et PARTICIPATION A ASSOCIATION DE MALFAITEURS EN VUE DE LA PREPARATION D'UN DELIT PUNI DE 10 ANS D'EMPRISONNEMENT et INTRODUCTION FRAUDULEUSE DE DONNEES DANS UN SYSTEME DE TRAITEMENT AUTOMATISE et MODIFICATION FRAUDULEUSE DE DONNEES CONTENUES DANS UN SYSTEME DE TRAITEMENT AUTOMATISE et ENTRAVE AU FONCTIONNEMENT D'UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES. Procédure Correctionnelle. Parquet N°16 351 000673. Instruction N°821/18/2. REQUALIFICATION NON LIEU PARTIEL pour certains faits, RENVOI DEVANT LE TC. MAINTIEN EN DETENTION. Quantum de validité de 2 mois (21/09/2020). | | | | | | | | | | |
| 04/09/2020 | 01 | notification de la décision en date du 04/09/2020. Détention provisoire extraditionnelle du 27/06/2018 au 23/01/2020 en GRÈCE, | | | | | | | | | | |
| 14/09/2020 | 01 | jugement en date du 14/09/2020, par 13°CH/1 , au TC PARIS. Procédure Correctionnelle. contradictoire. MAINTIEN EN DETENTION-renvoi à une audience ultérieure. Date audience de renvoi 19/10/2020. Audiences du 19/10/2020 au 22/10/2020 Et prolonge la DP de 2 mois à/c du 21/09/2020. | | | | | | | | | | |
| 08/10/2020 | | Levée d'écrou transfert le 08/10/2020 à 14:24 de Centre Pénitentiaire de Fresnes vers Centre Pénitentiaire de Paris La Santé pour l'écrou N° 1008719 | | | | | | | | | | |
| 08/10/2020 | | Ecroué après transfert le 08/10/2020 à CP PARIS LA SANTE sous le N° 307355 | | | | | | | | | | |

Centre Pénitentiaire de Paris La Santé
42 rue de la Santé
75674 PARIS 14EME
Téléphone :

Édité le 17/11/2021 à 11h12

Page 5/11

Ministère de la Justice
Direction de l'administration pénitentiaire
Direction Interrégionale des Services Pénitentiaires de Paris
Centre Pénitentiaire de Paris La Santé

N° Écrou : 307355
Nom : VINNIK
Prénom : Alexander
UGC : EBCQI10

Date de naissance : ▮1979
Fin période de sûreté :
Date libération prévisionnelle : 27/06/2023
Situation pénale manuelle : Non

| Date écriture | Affaire | Commentaire | Début de peine | Peine à subir | Reliquat à subir LC, Suspension, Fractionnement | A soustraire | | | A ajouter | | Période de sûreté | Fin de peine |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | DP | RP, CRP, RSP, Grâce | Confusion amnistie | Retrait RP, CRP, RSP, DP, Grâce | évasion | | |
| | | TRAITEMENT AUTOMATISE et EXTORSION PAR VIOLENCE, MENACE OU CONTRAINTE DE SIGNATURE, PROMESSE, SECRET, FONDS, VALEUR OU BIEN et EXTORSION PAR VIOLENCE, MENACE OU CONTRAINTE DE SIGNATURE, PROMESSE, SECRET, FONDS, VALEUR OU BIEN, tentative et PARTICIPATION A ASSOCIATION DE MALFAITEURS EN VUE DE LA PREPARATION D'UN DELIT PUNI DE 10 ANS D'EMPRISONNEMENT et BLANCHIMENT AGGRAVE : AIDE EN BANDE ORGANISEE A LA JUSTIFICATION MENSONGERE DE L'ORIGINE DES BIENS OU REVENUS DE L'AUTEUR D'UN DELIT et ATTEINTE A UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES A CARACTERE PERSONNEL MIS EN OEUVRE PAR L'ETAT, COMMISE EN BANDE ORGANISEE. Procédure Correctionnelle. contradictoire. Parquet N°16351000673. Chambre N°13/1. MAINTIEN EN DETENTION-délibéré. Date de délibéré 07/12/2020. | | | | | | | | | | |
| 07/12/2020 | 01 | jugement en date du 07/12/2020, par Président, au TC PARIS. Pour BLANCHIMENT AGGRAVE : AIDE EN BANDE ORGANISEE A LA JUSTIFICATION MENSONGERE DE L'ORIGINE DES BIENS OU REVENUS DE L'AUTEUR D'UN DELIT. Procédure Correctionnelle. contradictoire. Parquet N°16351000673. Chambre N°13/1.RELAXE SUR LE SURPLUS, EMPRISONNEMENT DELICTUEL. Quantum de peine de 5 ans. Avec maintien en détention. EXECUTION CONFONDUE-détention provisoire sur incarcération courante. Du 27/06/2018 au 23/01/2020, soit 1 an, 6 mois et 27 jours. DP Extraditionnelle effectuée en GRÈCE. | (23/01/2020) | (5 a) | | | | | | | | (23/01/2025) |
| | | EXECUTION CONFONDUE-détention provisoire sur incarcération courante | (23/01/2025) | | | (1 a, 6 m et 27 j) | | | | | | (27/06/2023) |
| 17/12/2020 | 01 | appel en date du 17/12/2020, par Avocat. Pour BLANCHIMENT AGGRAVE : AIDE EN BANDE ORGANISEE A LA JUSTIFICATION MENSONGERE DE L'ORIGINE DES BIENS OU REVENUS DE L'AUTEUR D'UN DELIT. Sur jugement en date du 07/12/2020. | | | | | | | | | | |



Centre Pénitentiaire de Paris La Santé
42 rue de la Santé
75674 PARIS 14EME
Téléphone :

Édité le 17/11/2021 à 11h12

Page 7/11

Ministère de la Justice
Direction de l'administration pénitentiaire
Direction Interrégionale des Services Pénitentiaires de Paris
Centre Pénitentiaire de Paris La Santé

N° Écrou : 307355
Nom : VINNIK
Prénom : Alexander
UGC : EBCQI10

Date de naissance : ▮/1979
Fin période de sûreté :
Date libération prévisionnelle : 27/06/2023
Situation pénale manuelle : Non

| Date écriture | Affaire | Commentaire | Début de peine | Peine à subir | Reliquat à subir LC, Suspension, Fractionnement | A soustraire | | | A ajouter | | Période de sûreté | Fin de peine |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | DP | RP, CRP, RSP, Grâce | Confusion amnistie | Retrait RP, CRP, RSP, DP, Grâce | évasion | | |
| | | TRAITEMENT AUTOMATISE et ENTRAVE AU FONCTIONNEMENT D'UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES et MODIFICATION FRAUDULEUSE DE DONNEES CONTENUES DANS UN SYSTEME DE TRAITEMENT AUTOMATISE et ATTEINTE A UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES A CARACTERE PERSONNEL MIS EN OEUVRE PAR L'ETAT, COMMISE EN BANDE ORGANISEE. Procédure Correctionnelle. contradictoire. Parquet N°163510000673. MAINTIEN EN DETENTION-délibéré. Date de délibéré 24/06/2021. | | | | | | | | | | |
| 24/06/2021 | 01 | arrêt correctionnel en date du 24/06/2021, par Président, à la CA PARIS. Pour ATTEINTE A UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES A CARACTERE PERSONNEL MIS EN OEUVRE PAR L'ETAT, COMMISE EN BANDE ORGANISEE et MAINTIEN FRAUDULEUX DANS UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES et ENTRAVE AU FONCTIONNEMENT D'UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES et ACCES FRAUDULEUX DANS UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES et INTRODUCTION FRAUDULEUSE DE DONNEES DANS UN SYSTEME DE TRAITEMENT AUTOMATISE et EXTORSION PAR VIOLENCE, MENACE OU CONTRAINTE DE SIGNATURE, PROMESSE, SECRET, FONDS, VALEUR OU BIEN et EXTORSION PAR VIOLENCE, MENACE OU CONTRAINTE DE SIGNATURE, PROMESSE, SECRET, FONDS, VALEUR OU BIEN, tentative et PARTICIPATION A ASSOCIATION DE MALFAITEURS EN VUE DE LA PREPARATION D'UN DELIT PUNI DE 10 ANS D'EMPRISONNEMENT et BLANCHIMENT AGGRAVE : AIDE EN BANDE ORGANISEE A LA JUSTIFICATION MENSONGERE DE L'ORIGINE DES BIENS OU REVENUS DE L'AUTEUR D'UN DELIT et MODIFICATION FRAUDULEUSE DE DONNEES CONTENUES DANS UN SYSTEME DE TRAITEMENT AUTOMATISE. Procédure Correctionnelle. contradictoire. Parquet N°16351000673. Chambre N°11 pôle 2. EMPRISONNEMENT DELICTUEL. Quantum de peine de 5 ans. Avec maintien en détention. | (23/01/2020) | (5 a) | | | | | | | | (23/01/2025) |

Centre Pénitentiaire de Paris La Santé
42 rue de la Santé
75674 PARIS 14EME
Téléphone :

Édité le 17/11/2021 à 11h12

Page 9/11

Ministère de la Justice
Direction de l'administration pénitentiaire
Direction Interrégionale des Services Pénitentiaires de Paris
Centre Pénitentiaire de Paris La Santé

N° Écrou : 307355
Nom : VINNIK
Prénom : Alexander
UGC : EBCQI10

Date de naissance :          1979
Fin période de sûreté :
Date libération prévisionnelle : 27/06/2023
Situation pénale manuelle :   Non

| Date écriture | Affaire | Commentaire | Début de peine | Peine à subir | Reliquat à subir LC, Suspension, Fractionnement | A soustraire | | | A ajouter | | Période de sûreté | Fin de peine |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | DP | RP, CRP, RSP, Grâce | Confusion amnistie | Retrait RP, CRP, RSP, DP, Grâce | évasion | | |
| 22/07/2021 | 01 | décision pénale impactant l'exécution d'une peine en date du 22/07/2021. Pour ATTEINTE A UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES A CARACTERE PERSONNEL MIS EN OEUVRE PAR L'ETAT, COMMISE EN BANDE ORGANISEE et MAINTIEN FRAUDULEUX DANS UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES et ENTRAVE AU FONCTIONNEMENT D'UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES et ACCES FRAUDULEUX DANS UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES et INTRODUCTION FRAUDULEUSE DE DONNEES DANS UN SYSTEME DE TRAITEMENT AUTOMATISE et EXTORSION PAR VIOLENCE, MENACE OU CONTRAINTE DE SIGNATURE, PROMESSE, SECRET, FONDS, VALEUR OU BIEN et EXTORSION PAR VIOLENCE, MENACE OU CONTRAINTE DE SIGNATURE, PROMESSE, SECRET, FONDS, VALEUR OU BIEN, tentative et PARTICIPATION A ASSOCIATION DE MALFAITEURS EN VUE DE LA PREPARATION D'UN DELIT PUNI DE 10 ANS D'EMPRISONNEMENT et BLANCHIMENT AGGRAVE : AIDE EN BANDE ORGANISEE A LA JUSTIFICATION MENSONGERE DE L'ORIGINE DES BIENS OU REVENUS DE L'AUTEUR D'UN DELIT et MODIFICATION FRAUDULEUSE DE DONNEES CONTENUES DANS UN SYSTEME DE TRAITEMENT AUTOMATISE. CADUCITE. Quantum de peine de 11 mois. CRP Aff 1, l'intéressé ayant formé un pourvoi en cassation. | 27/07/2022 | | | | | | 11 m | | | 27/06/2023 |



Centre Pénitentiaire de Paris La Santé
42 rue de la Santé
75674 PARIS 14EME
Téléphone :

Édité le 17/11/2021 à 11h12

Page 11/11

Ministère de la Justice
Direction de l'administration pénitentiaire
Direction Interrégionale des Services Pénitentiaires de Paris
Centre Pénitentiaire de Paris La Santé

| | |
|---|---|
| N° Écrou : | 307355 |
| Nom : | VINNIK |
| Prénom : | Alexander |
| UGC : | EBCQI10 |

| | |
|---|---|
| Date de naissance : | /1979 |
| Fin période de sûreté : | |
| Date libération prévisionnelle : | 27/06/2023 |
| Situation pénale manuelle : | Non |

## FICHE PENALE – VOLET 1

### État Civil Principal

| | | | | | |
|---|---|---|---|---|---|
| Nom : | VINNIK | Date de naissance : | /1979 | Fils de : | VINNIK Vladimir |
| Nom Marital : | | Commune de naissance : | KURGAN | Et de : | VINNIK Vera |
| Prénom(s) : | Alexander | Département ou Pays de naissance : | FEDERATION DE RUSSIE | Alias : | |
| Surnom : | | Nationalité(s) : | russe | N° de sécurité sociale : | 716010004213410 |
| Sexe : | Masculin | Langue parlée principale : | | | |

### État civil complémentaire

**Domicile**

| | |
|---|---|
| Voie : | 21 RUE VTORAYA NOVOOSTANKINSKAIA |
| Complément d'adresse 1 : | APPT 138 |
| Complément d'adresse 2 : | |
| Lieu-dit : | |
| Commune géographique : | |
| Code postal : | |
| Localité : | MOSCOU |
| Pays : | FEDERATION DE RUSSIE |

**Situation familiale**

| | |
|---|---|
| Situation familiale : | marié |
| Nombre d'enfants : | dont né(s) en détention : |
| Enfant laissé à la garde de l'autre parent : | Non |

**Personne à prévenir**

| | |
|---|---|
| Nom, Prénom : | |
| Qualité : | |
| Adresse : | FRANCE |
| Téléphone : | |

**Informations physiques**

| | |
|---|---|
| Taille (cm) : | |
| Yeux : | |
| Cheveux : | |
| Signes particuliers : | |
| Observations : | |

**Situation professionnelle**

| | |
|---|---|
| Niveau d'instruction : | |
| Profession exercée : | |
| Situation emploi : | |

### Informations pénitentiaires

**Écrou initial :**

| | |
|---|---|
| A déjà été incarcéré : | |
| N° Écrou initial : | 6378511008719 |
| Établissement initial : | Centre Pénitentiaire de Fresnes |

Liste des établissements successifs d'affectation :
1 : CP FRESNES N° 1008719 du 24/01/2020 au 08/10/2020
2 : CP PARIS LA SANTE N° 307355 du 08/10/2020 à ce jour

**Écrou courant :**

| | |
|---|---|
| Type de provenance : | Etablissement |
| Cat. Pénale à l'écrou : | Prévenu |
| Nature du titre : | mandat de dépôt |
| Date : | 08/10/2020 |
| Origine : | TJ PARIS |
| Procédure : | Criminelle |

**Quantum de peine :**

**Infractions :**
EXTORSION EN BANDE ORGANISEE

| | |
|---|---|
| Date et heure de l'écrou : | 08/10/2020 14:56 |
| Type d'écrou : | Ecrou après transfert |
| Statut : | Hébergé |
| UGC : | EBCQI10 |
| Fin période de sûreté : | |

Centre Pénitentiaire de Paris La Santé
42 rue de la Santé
75674 PARIS 14EME
Téléphone :

Édité le 17/11/2021 à 11h12

Page 1/11

REPUBLIQUE FRANCAISE
MINISTERE DE L'INTERIEUR
DIRECTION GENERALE DE LA POLICE NATIONALE
PREFECTURE DE POLICE DE PARIS
--------

CSP DU 14EME
ARRONDISSEMENT DE PARIS
DTSP75
114, AVENUE DU MAINE
75014 PARIS
Tel : 3430
Fax : 01 42 26 90 60
Code INSEE : 75114351

**P. V. : n°2021/011995**
----------------
**AFFAIRE :**
**C/Alexander VINNIK**

**OBJET :**
**CLOTURE**

# PROCES-VERBAL

L'an deux mil vingt et un,
Le vingt quatre novembre, à quatorze heures cinquante six

Nous, STEVE MENU
BRIGADIER DE POLICE
En fonction à PARIS 14

AGENT DE POLICE JUDICIAIRE en résidence à PARIS
--- Nous trouvant au service,
--- Agissant en exécution des instructions contenues dans le soit-transmis n° SANS REF en date du 19/10/2021 de Monsieur Monsieur le Procureur de la République, PROCUREUR DE LA REPUBLIQUE près le TJ PARIS, ---
--- Agissant en matière d'enquête préliminaire,
--- Vu les articles 75 et suivants du Code de procédure pénale, ---

--- Mentionnons clôturer la présente procédure pour être transmise à Monsieur le Procureur de la République PARQUET DE PARIS
--- Dont acte.

L' AGENT DE POLICE JUDICIAIRE

**CLOTURE ET TRANSMISSION**

--- Dont procès-verbal clos ce jour, 24 novembre 2021, pour être transmis à Monsieur le Procureur de la République PARQUET DE PARIS ---

LE COMMANDANT DE POLICE

Le capitaine de Police

SAUVAGET Florent

2021/0080033507

**MINISTÈRE
DE LA JUSTICE**

*Liberté
Égalité
Fraternité*

COUR D'APPEL DE PARIS

TRIBUNAL JUDICIAIRE DE PARIS

PARQUET DU TRIBUNAL JUDICIAIRE

6ᵉᵐᵉ DIVISION

SECTION A2 - 22ᵉᵐᵉ étage

Exécution des peines

Entraide Pénale Internationale

Actes Judiciaires

01 44 32 61 60

**SOIT TRANSMIS**

à

DSPAP 1 4

**N° Borderau : 2021/   110**
**(à rappeler dans toute correspondance)**

Concerne : ViNNik Alexander

Autorité requérante : États - unis

## AUX FINS DEMANDÉES

Et en ayant l'honneur de le prier de bien vouloir :

- procéder à l'audition

- s'il s'agit de la remise d'un acte ou d'une notification, (même en l'absence de traduction), établir un récépissé détaillé

Merci de bien vouloir procéder à la notification indépendamment des délais ou de la date de comparution, quand bien même ils paraîtraient dépassés :

- si l'exécution se trouve retardée pour un motif quelconque, établir une note d'attente précisant les références et les motifs de retard.

- bien vouloir mentionner le nom et l'adresse de l'autorité requérante

- Si adresse inconnue, recherche par le Fichier national des permis de conduire

- me faire retour de vos diligences à la SECTION A2, Bureau des Actes Judiciaires

- en cas de vaines recherches (*inconnu/NPAI/non déférement*), retourner à la SECTION A2, Bureau des Actes Judiciaires, la procédure accompagnée du procès-verbal de carence.

**Retour souhaité :** 1 mois

Paris, le 19 octobre 2021

P/ La procureure de la République



**MINISTÈRE DE LA JUSTICE**
*Liberté*
*Égalité*
*Fraternité*

COURRIER ARRIVE
LE   8 OCT. 20
Section A2

**Direction des affaires civiles et du sceau**

Paris, le 06-10-2021

LE GARDE DES SCEAUX, MINISTRE DE LA JUSTICE
À
Monsieur le procureur de la République
Tribunal de Paris
Service Civil du Parquet
Tribunal Judiciaire de Paris
Section A2
Bureau des actes judiciaires - I.22.10
Parvis du tribunal de Paris
75859 PARIS Cedex 17

**Département de l'entraide, du droit international privé et européen**

Dossier suivi par : **LD**

Référence à rappeler :
**5545TR2021/ETATS-UNIS D'AMERIQUE**
**Demande United States Attorney's Office du 20/07/21-**
**Plainte et assignation introductives de poursuites civiles à l'encontre des défendeurs en recouvrement de pénalités pécuniaires civiles pour violation de la loi sur le secret bancaire, et documents d'ouverture de procédures connexes**
**Destinataire : Monsieur Alexander  VINNIK -**
**LA SANTÉ PRISON - 42 RUE DE LA SANTÉ - 75014 PARIS**

21.08.      000716

**Objet :** **Transmission d'acte sur le fondement de la Convention de La Haye du 15 novembre 1965** *relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciaires en matière civile et commerciale*

**Texte de référence :** - Art. 688-1 et suivants du Code de procédure civile

En application de la Convention de la Haye du 15 novembre 1965, je vous prie de bien vouloir trouver ci-joint une demande de notification d'un acte judiciaire ou extra-judiciaire pour un destinataire demeurant en France.

Je vous remercie de bien vouloir procéder, par simple remise, à cette demande conformément aux règles rappelées ci-après et dans les meilleurs délais.

☞ La notification s'effectue par **remise manuelle de l'acte**.

☞ La notification ne peut **pas être effectuée par un huissier de justice**.

☞ La notification doit être faite, **indépendamment des délais ou de la date de comparution mentionnés dans l'acte**, quand bien même ils paraîtraient dépassés.

☞ Lorsque la notification est effectuée par les services de la Police nationale ou de la Gendarmerie nationale, il n'y a pas lieu de procéder à l'audition de la personne à qui l'acte est remis. Il convient de préférence **de remplir l'attestation ci-jointe (Annexe 1)** qui doit constater et énoncer les diligences accomplies au moment de la remise. À défaut, un procès-verbal de remise de l'acte peut également être établi. Seuls les articles 688-1 et suivants du code de procédure civile pourront alors être visés.

☞ Préalablement à la remise, le destinataire de l'acte **doit être informé de son droit à le refuser**, notamment dans le cas où l'acte est dans une langue qu'il ne connaît pas (article 688-6 du code de procédure civile). Mention est faite de l'avertissement ainsi donné dans l'attestation et dans le récépissé qui lui est remis.

☞ Un **récépissé attestant de la date et des conditions de la remise doit être** remis au destinataire. Un modèle de récépissé est joint à la présente transmission **(Annexe 2)**.

☞ Il appartiendra ensuite au **Procureur de la République** de renseigner **l'attestation** prévue à l'article 6 de la Convention **(Annexe 3)** et de la retourner directement à l'autorité requérante étrangère dont l'adresse figure sur le formulaire de demande.

Cachet du Ministère de la Justice

13, place Vendôme – 75042 Paris Cedex 01
Téléphone : 01 44 77 62 43 ou 64 56 ou 65 51 ou 65 73
www.justice.gouv.fr

## ANNEXE 1

### ATTESTATION DE REMISE OU DE NON REMISE DE L'ACTE
### (A RETOURNER A L'AUTORITÉ REQUÉRANTE)
(art. 688-7 du code de procédure civile)

**1 – Autorité de remise de l'acte :**

.......................................................................................
.......................................................................................
.......................................................................................
.......................................................................................

**2 – Accomplissement de la notification :**

**A – Mode de remise de l'acte :**

.......................................................................................

**B– Date de remise de l'acte :**

.......................................................................................

**C– Identité et qualité de la personne à qui a été remis l'acte**

.......................................................................................

**D– Pièces jointes attestant de la remise de l'acte :**

.......................................................................................

**3 – Refus de la notification :**

• Le destinataire a refusé d'accepter l'acte en application de l'article 688-6 du code de procédure civile

**4 – Non-accomplissement de la notification**

**A – Motif du non-accomplissement de la notification de l'acte :**

.......................................................................................

**B– Le cas échéant, documents annexes :**

.......................................................................................

**Fait à :**

**Signature de l'autorité de remise de l'acte :**



**ANNEXE 2**

RÉCÉPISSÉ DE REMISE D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE EN
PROVENANCE DE L'ETRANGER
**(A REMETTRE AU DESTINATAIRE DE L'ACTE)**
(art. 688-3 et 688-6 du code de procédure civile)

1. Service remettant :

..........................................................................................................................................................

..........................................................................................................................................................

..........................................................................................................................................................

..............................................................................................................................

2. Date de remise de l'acte :

..........................................................................................................................................................

3. Intitulé de l'acte :

..........................................................................................................................................................

4. Acte en provenance de (Etat de provenance) :

..........................................................................................................................................................

5. Le présent récépissé est remis à (identité et adresse du destinataire de l'acte) :

..........................................................................................................................................................

..........................................................................................................................................................

..................................................................................................................................

Qui a été informé préalablement à la remise de son droit de refuser la notification de
l'acte s'il n'en connaît pas la langue, et demander que celui-ci soit traduit ou
accompagné d'une traduction en langue française, à la diligence et aux frais de la
partie requérante (688-6 du code de procédure civile).

Lecture faite,

Signature du destinataire :

Signature du service remettant :

**ANNEXE 3**

# CERTIFICATE
ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ 1. that the document has been served*
   que la demande a été exécutée*

| — the (date) / le (date): | |
|---|---|
| — at (place, street, number):<br>à (localité, rue, numéro) : | |

| — in one of the following methods authorised by Article 5:<br>dans une des formes suivantes prévues à l'article 5 : | | |
|---|---|---|
| ☐ | a) | in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>selon les formes légales (article 5, alinéa premier, lettre a))* |
| ☐ | b) | in accordance with the following particular method*:<br>selon la forme particulière suivante* : |
| ☐ | c) | by delivery to the addressee, if he accepts it voluntarily*<br>par remise simple* |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| Identity and description of person:<br>Identité et qualité de la personne : | |
|---|---|
| Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ 2. that the document has not been served, by reason of the following facts*:
   que la demande n'a pas été exécutée, en raison des faits suivants* :

| |
|---|
| |

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
   Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes / Annexes*

| Documents returned:<br>Pièces renvoyées : | |
|---|---|
| In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | |

\* if appropriate / s'il y a lieu

| Done at / Fait à | Signature and/or stamp<br>Signature et / ou cachet |
|---|---|
| The / le | |

REPUBLIQUE FRANCAISE
MINISTERE DE L'INTERIEUR
DIRECTION GENERALE DE LA POLICE NATIONALE
PREFECTURE DE POLICE DE PARIS
--------

CSP DU 14EME
ARRONDISSEMENT DE PARIS
DTSP75
114, AVENUE DU MAINE
75014 PARIS
Tel : 3430
Fax : 01 42 26 90 60
Code INSEE : 75114351

**P. V. : n°2021/011995**
----------------
**AFFAIRE :**
**C/Alexander VINNIK**
**Notification acte civil**

**OBJET :**
**SAISINE**

# PROCES-VERBAL
## PV n° 01903/2021/011995

L'an deux mil vingt et un,
Le huit novembre, à quatorze heures quarante deux

Nous, STEVE MENU
BRIGADIER DE POLICE
En fonction à PARIS 14

AGENT DE POLICE JUDICIAIRE en résidence à PARIS
--- Nous trouvant au service,
--- Agissant en exécution des instructions contenues dans le soit-transmis n° SANS REF en date du 19/10/2021 de Monsieur Monsieur le Procureur de la République, PROCUREUR DE LA REPUBLIQUE près le TJ PARIS, ---
--- Agissant en matière d'enquête préliminaire,
--- Vu les articles 75 et suivants du Code de procédure pénale, ---

---Agissant conformément aux instructions de Monsieur SAUVAGET Florent ,Commandant de Police, Officier de Police Judiciaire en charge du service---
---Sommes destinataire de l'exécution d'une instruction émanant de la section A2 du tribunal judiciaire de Paris datée du 06/10/2021, référence N° 5545TR2021/Etats-Unis d' Amérique ---
---Instruction est donnée de transmettre un acte civil su r le fondement de la convention de La Haye à Monsieur Alexander VINNIK, incarcéré à la Maison de la Santé---
---Procédons à cette exécution par procès verbaux que nous plaçons par ordre chronologique à la suite du présent---
---Dont Saisine---

L' A. P. J.

2021/0080033507

**PARQUET DU TRIBUNAL
DE GRANDE INSTANCE
DE PARIS**
\* \* \* \* \*
A2 Exécution des Peines

Paris, le 13 mars 2019

## PERMIS DE COMMUNIQUER PERMANENT

Nous, Bernard BELOTTE, Premier vice-procureur près le Tribunal de Grande Instance de PARIS

Vu le protocole relatif au signalement et au traitement des incidents et infractions sur le site du centre penitentiaire de Paris La Santé

autorisons tous officiers ou agents de police judiciaire affectés au commissariat du 14ème arrondissement et au 3ème district de police judiciaire de Paris à communiquer avec toute personne écrouée au centre pénitentiaire de Paris la Santé,

aux fins notamment d'audition et d'effectuer tous les actes et opérations utiles à la manifestation de la vérité, dans le respect des règles régissant le fonctionnement de l'établissement pénitentiaire, pour les besoins de l'enquête.

Les enquêteurs sont notamment autorisés à faire entrer et faire usage d'un ordinateur portable, d'une imprimante et tous câbles et accessoires indispensables au fonctionnement desdits ordinateur et imprimante.

P/LE PROCUREUR DE LA RÉPUBLIQUE

Bernard BELOTTE
Premier vice-procureur

REPUBLIQUE FRANCAISE
MINISTERE DE L'INTERIEUR
DIRECTION GENERALE DE LA POLICE NATIONALE
PREFECTURE DE POLICE DE PARIS
--------

CSP DU 14EME
ARRONDISSEMENT DE PARIS
DTSP75
114, AVENUE DU MAINE
75014 PARIS
Tel : 3430
Fax : 01 42 26 90 60
Code INSEE : 75114351

**P. V. : n°2021/011995**
---------------
**AFFAIRE :**
**C/Alexander VINNIK**
**Notification acte civil**

**OBJET :**
**REQUISITION TRADUCTRICE**

# PROCES-VERBAL

L'an deux mil vingt et un,
Le dix-huit novembre, à dix heures

Nous, ELIZABETH BUTEUX
BRIGADIER CHEF DE POLICE
En fonction à Paris 14

OFFICIER DE POLICE JUDICIAIRE en résidence à Paris
--- Nous trouvant au service,
--- Poursuivant l'exécution des instructions contenues dans le soit-transmis n° SANS REF en date du 19/10/2021 de Monsieur Monsieur le Procureur de la République, PROCUREUR DE LA REPUBLIQUE près le TJ PARIS, ---
--- Poursuivant l'enquête en la forme préliminaire,
--- Vu les articles 75 et suivants du Code de procédure pénale, ---
--- Assistée de MENU STEVE BRIGADIER DE POLICE du service,

---Vu l'article 77-1 du CPP,--------

**---Prions et au besoin requérons---**
---Madame Maïa ALKHANISHVILI, demeurant à Paris-15, traductrice en langue russe qui a prêté serment---.

**---Aux fins de réaliser les actes ci-après :--------**
---Bien vouloir procéder à une traduction orale pour la notification d'un acte civil ce jour concernant la perrsonne ci-dessous désignée incarcérée la prison de la Santé 75014 Paris:---
---Monsieur VINNICK ALEXANDER né le 16/08/1979 à KURGAN (RUSSIE), de nationalité RUSSE, demeurant 42, RUE DE LA SANTE à PARIS 75014 14ème Précisions : Prison de la Santé ---

---Pour sa garantie personnelle, et afin qu'il n'en ignore, l'originale de la présente réquisition est remise à Madame ALKHANISHVILI Maïa demeurant à Paris-15----
---Dont acte.---------

L' Assistant

L'O.P.J.



2021/0080033507



**PREFECTURE DE POLICE**
**DTSP 75**
**3ème district**
**CP 14**
**SAIP 14**

# PRESTATION DE SERMENT D'UN INTERPRETE

**AFFAIRE C/** *Alexander VIWNIK*
**PV N°** *2021/11995*

**L'interprète ci-après désigné :**

**Nom :** *Azucua vi subdu*
**Prénom :** *Maria*

**Prête serment d'apporter son concours à la justice en honneur et conscience conformément aux dispositions de l'article 60al2 du Code de Procédure pénale.**

**L'interprète,**                    *23/11/2021*

**Vu et annexé,**

REPUBLIQUE FRANCAISE
MINISTERE DE L'INTERIEUR
DIRECTION GENERALE DE LA POLICE NATIONALE
PREFECTURE DE POLICE DE PARIS
--------

CSP DU 14EME
ARRONDISSEMENT DE PARIS
DTSP75
114, AVENUE DU MAINE
75014 PARIS
Tel : 3430
Fax : 01 42 26 90 60
Code INSEE : 75114351

# PROCES-VERBAL

**PV n° 01903/2021/011995**

**P. V. : n°2021/011995**
---------------
**AFFAIRE :**
**C/Alexander VINNIK**

**OBJET :**
**Notification acte civil**

L'an deux mil vingt et un,
Le dix-huit novembre

Nous, STEVE MENU
BRIGADIER DE POLICE
En fonction à PARIS 14

AGENT DE POLICE JUDICIAIRE en résidence à PARIS
--- Nous trouvant au service,
--- Poursuivant l'exécution des instructions contenues dans le soit-transmis n° SANS
REF en date du 19/10/2021 de Monsieur Monsieur le Procureur de la République,
PROCUREUR DE LA REPUBLIQUE près le TJ PARIS, ---
--- Les instructions étant remise d'un acte civil, ---
--- Poursuivant l'enquête en la forme préliminaire,
--- Vu les articles 75 et suivants du Code de procédure pénale, ---

-- Muni d'un permis de communiquer permanent délivré par Monsieur , Premier
Vice-Procureur près le Tribunal de Grande Instance de Paris.---
--- Nous transportons à la **Maison d'arrêt de Paris la Santé** au **42 rue de la Santé
à PARIS XIVème** aux fins de notification d' un acte civil----
---Pénétrons dans l'enceinte de l'établissement, ---
---Il est 10h30---
---Installé dans un boxe communément appelé " parloir avocat", avons mandé et
constatons que se présente devant nous le nommé Alexander VINNIK actuellement
incarcéré à la maison d'arrêt de la Santé située 42 rue de la Santé à PARIS-14
sous le numéro d' écrou .--
---SUR LES DROITS---
---" Je confirme être présent devant vous de mon plein gré et je prends acte que je
suis convoqué pour la notification d'un acte civil émanant du ministère de la justice
des Etats-Unis daté du 20/07/2021 sur les instructions du tribunal judiciaire de
Paris; bordereau numéro 2021/110."---
---SUR LES FAITS---
---" Je prends acte que vous me remettez en main propre une signification d'un
acte judiciaire en matière civile datée du 02/08/2021 provenant des Etats-Unis
d'Amérique pour faire appliquer une sanction adminisrtative légale---
---Je prends acte que je reçois cet acte et sa traduction dans l'état où il a été
transmis au service avant remise en main propre---
---Je confirme que préalablement à la remise de l'acte, j'ai été informé de mon droit
à le refuser, notamment si cet acte est dans une langue que je ne connais pas
conformément à l'article 688-6 du code de procédure pénal---
---Je confirme également que j'ai bien obtenu un récépissé attestant de la date et
des conditions de cette remise de l'acte----
---Après lecture faite par lui-même, la déclarant persiste et signe avec nous le
présent"--- *Apres*   *ALKUANISAVILI*
Le déclarant

*3/11/21*
*acte la traduction*
*en*

*Sous le trudement de Mr ALKUANSEVILISavin*
*en langue Russe*

2021/0080033507

REPUBLIQUE FRANCAISE
MINISTERE DE L'INTERIEUR
DIRECTION GENERALE DE LA POLICE NATIONALE
PREFECTURE DE POLICE DE PARIS
---------

CSP DU 14EME
ARRONDISSEMENT DE PARIS
DTSP75
114, AVENUE DU MAINE
75014 PARIS
Tel : 3430
Fax : 01 42 26 90 60
Code INSEE : 75114351

P. V. : n°2021/011995
----------------
**AFFAIRE :**
**C/Alexander VINNIK**

**OBJET :**
**Notification acte civil**

# PROCES-VERBAL
## PV n° 01903/2021/011995

L'an deux mil vingt et un,
Le dix-huit novembre

Nous, STEVE MENU
BRIGADIER DE POLICE
En fonction à PARIS 14

   AGENT DE POLICE JUDICIAIRE en résidence à PARIS
--- Nous trouvant au service,
--- Poursuivant l'exécution des instructions contenues dans le soit-transmis n° SANS REF en date du 19/10/2021 de Monsieur Monsieur le Procureur de la République, PROCUREUR DE LA REPUBLIQUE près le TJ PARIS, ---
--- Les instructions étant remise d'un acte civil, ---
--- Poursuivant l'enquête en la forme préliminaire,
--- Vu les articles 75 et suivants du Code de procédure pénale, ---
-- Muni d'un permis de communiquer permanent délivré par Monsieur , Premier Vice-Procureur près le Tribunal de Grande Instance de Paris.---
--- Nous transportons à la **Maison d'arrêt de Paris la Santé** au **42 rue de la Santé à PARIS XIVème** aux fins de notification d' un acte civil----
---Pénétrons dans l'enceinte de l'établissement, ---
---Il est 0 h 50--
---Installé dans un boxe communément appelé " parloir avocat", avons mandé et constatons que se présente devant nous le nommé Alexander VINNIK actuellement incarcéré à la maison d'arrêt de la Santé située 42 rue de la Santé à PARIS-14 sous le numéro d' écrou .--
---SUR LES DROITS---
---" Je confirme être présent devant vous de mon plein gré et je prends acte que je suis convoqué pour la notification d'un acte civil émanant du ministère de la justice des Etats-Unis daté du 20/07/2021 sur les instructions du tribunal judiciaire de Paris; bordereau numéro 2021/110."---
---SUR LES FAITS---
---" Je prends acte que vous me remettez en main propre une signification d'un acte judiciaire en matière civile datée du 02/08/2021 provenant des Etats-Unis d'Amérique pour faire appliquer une sanction adminisrtative légale---
---Je prends acte que je reçois cet acte et sa traduction dans l'état où il a été transmis au service avant remise en main propre---
---Je confirme que préalablement à la remise de l'acte, j'ai été informé de mon droit à le refuser, notamment si cet acte est dans une langue que je ne connais pas conformément à l'article 688-6 du code de procédure pénal---
---Je confirme également que j'ai bien obtenu un récépissé attestant de la date et des conditions de cette remise de l'acte---
---Après lecture faite par lui-même, la déclarant persiste et signe avec nous le présent"---   *ALKUANISUVILII Nara*
Le déclarant                                      L'A.P.J.

*Sans le trachenent de elle ALKUANISUVILI Nara*
*traduction en langue Resse*

2021/0080033507

## ANNEXE 1

### ATTESTATION DE REMISE OU DE NON REMISE DE L'ACTE
### (A RETOURNER A L'AUTORITÉ REQUÉRANTE)
(art. 688-7 du code de procédure civile)

**1 – Autorité de remise de l'acte :**

................................DSPAP.................................
..............Commissariat Central du XIV ᵉᵐᵉ..............
.................15 avenue du General Leclerc.................
.................................75014 PARIS.................................

**2 – Accomplissement de la notification :**

**A – Mode de remise de l'acte :**
........En main propre......................................................

**B– Date de remise de l'acte :**
18/11/2021..........................................................

**C– Identité et qualité de la personne à qui a été remis l'acte**
MENU Jane , APJ..................................

**D– Pièces jointes attestant de la remise de l'acte :/**
Récépissé de la remise d'un acte judiciaire ou extrajudiciaire

**3 – Refus de la notification :**

• Le destinataire a refusé d'accepter l'acte en application de l'article 688-6 du code de procédure civile

**4 – Non-accomplissement de la notification**

**A – Motif du non-accomplissement de la notification de l'acte :**
..................................................................................

**B– Le cas échéant, documents annexes :**
..................................................................................

**Fait à :** Paris

**Signature de l'autorité de remise de l'acte :**

**ANNEXE 2**

RÉCÉPISSÉ DE REMISE D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE EN
PROVENANCE DE L'ETRANGER
**(A REMETTRE AU DESTINATAIRE DE L'ACTE)**
(art. 688-3 et 688-6 du code de procédure civile)

1. Service remettant : _Commissariat de Police du 14ème Paris_
   _Charge de Général Leclerc 75014 Paris_
   _S A I P / G A I 14_

2. Date de remise de l'acte :
   _le 25/11/2021_

3. Intitulé de l'acte :
   _US Departement of Judice_

4. Acte en provenance de (Etat de provenance) :
   _California aux États Unis_

5. Le présent récépissé est remis à (identité et adresse du destinataire de l'acte) :
   _Alexandre VINNIK né le ████████ 1979 a Cazan_
   _en Republique de nationalité russe, demeurant 8 rue Nova_
   _Trankinskaïa à Moscou langue parlée le russe_

Qui a été informé préalablement à la remise de son droit de refuser la notification de
l'acte s'il n'en connaît pas la langue, et demander que celui-ci soit traduit ou
accompagné d'une traduction en langue française, à la diligence et aux frais de la
partie requérante (688-6 du code de procédure civile).

Lecture faite, _par l' interprète Mme Maria ANKVANISVILI_
_en langue russe._

Signature du destinataire :
_Refuse de signer_

                                                  Я ОТКАЗЫВАЮСЬ ПОДПИСАТЬ
Signature du service remettant :                  НО Я ЗАБИРАЮ ДОКУМЕНТЫ

Ministère de la Justice
Direction de l'administration pénitentiaire
Direction Interrégionale des Services Pénitentiaires de Paris
Centre Pénitentiaire de Paris La Santé

| | |
|---|---|
| N° Écrou : | 307355 |
| Nom : | VINNIK |
| Prénom : | Alexander |
| UGC : | EBCQI10 |

| | |
|---|---|
| Date de naissance : | ▇/1979 |
| Fin période de sûreté : | |
| Date libération prévisionnelle : | 27/06/2023 |
| Situation pénale manuelle : | Non |

## FICHE PENALE – VOLET 5

| Date écriture | Affaire | Commentaire | Début de peine | Peine à subir | Reliquat à subir LC, Suspension, Fractionnement | A soustraire | | | A ajouter | | Période de sûreté | Fin de peine |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | DP | RP, CRP, RSP, Grâce | Confusion amnistie | Retrait RP, CRP, RSP, DP, Grâce | évasion | | |
| 24/01/2020 | | *Ecroué le 24/01/2020 à CP FRESNES sous le N° 1008719* | | | | | | | | | | |
| 24/01/2020 | 01 | mandat de dépôt à durée déterminée en date du 23/01/2020, par Mr LE MASSON JLD,vu la saisine de Mme FONTANGE Juge d'instruction, au TJ PARIS. Pour EXTORSION EN BANDE ORGANISEE et EXTORSION EN BANDE ORGANISEE, tentative et BLANCHIMENT AGGRAVE : AIDE EN BANDE ORGANISEE A LA JUSTIFICATION MENSONGERE DE L'ORIGINE DES BIENS OU REVENUS DE L'AUTEUR D'UN DELIT et PARTICIPATION A UNE ASSOCIATION DE MALFAITEURS EN VUE DE LA PREPARATION D'UN CRIME et ATTEINTE A UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES A CARACTERE PERSONNEL MIS EN OEUVRE PAR L'ETAT, COMMISE EN BANDE ORGANISEE et MAINTIEN FRAUDULEUX DANS UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES et ATTEINTE A UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES A CARACTERE PERSONNEL MIS EN OEUVRE PAR L'ETAT, COMMISE EN BANDE ORGANISEE et INTRODUCTION FRAUDULEUSE DE DONNEES DANS UN SYSTEME DE TRAITEMENT AUTOMATISE et MODIFICATION FRAUDULEUSE DE DONNEES CONTENUES DANS UN SYSTEME DE TRAITEMENT AUTOMATISE et ENTRAVE AU FONCTIONNEMENT D'UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES. Procédure Criminelle. Parquet N°16 351 000673. Instruction N°821/18/2. INCARCERATION PROVISOIRE. Quantum de validité de 4 jours (28/01/2020). | | | | | | | | | | |
| 24/01/2020 | 01 | décision en matière pénale en date du 24/01/2020, par M. PETIT Procureur de la république, au TJ PARIS. Procédure Extraditionnelle. Exécution d'une détention provisoire extraditionnelle effectuée en | | | | | | | | | | |

Centre Pénitentiaire de Paris La Santé
42 rue de la Santé
75674 PARIS 14EME
Téléphone :

Édité le 17/11/2021 à 11h12

Page 3/11

Ministère de la Justice
Direction de l'administration pénitentiaire
Direction Interrégionale des Services Pénitentiaires de Paris
Centre Pénitentiaire de Paris La Santé

| N° Écrou : | 307355 |
| Nom : | VINNIK |
| Prénom : | Alexander |
| UGC : | EBCQI10 |

| Date de naissance : | ███1979 |
| Fin période de sûreté : | |
| Date libération prévisionnelle : | 27/06/2023 |
| Situation pénale manuelle : | Non |

| Date écriture | Affaire | Commentaire | Début de peine | Peine à subir | Reliquat à subir LC, Suspension, Fractionnement | A soustraire | | | A ajouter | | Période de sûreté | Fin de peine |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | DP | RP, CRP, RSP, Grâce | Confusion amnistie | Retrait RP, CRP, RSP, DP, Grâce | évasion | | |
| | | ACCES FRAUDULEUX DANS UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES et ATTEINTE A UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES A CARACTERE PERSONNEL MIS EN OEUVRE PAR L'ETAT, COMMISE EN BANDE ORGANISEE et MAINTIEN FRAUDULEUX DANS UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES et PARTICIPATION A ASSOCIATION DE MALFAITEURS EN VUE DE LA PREPARATION D'UN DELIT PUNI DE 10 ANS D'EMPRISONNEMENT et INTRODUCTION FRAUDULEUSE DE DONNEES DANS UN SYSTEME DE TRAITEMENT AUTOMATISE et MODIFICATION FRAUDULEUSE DE DONNEES CONTENUES DANS UN SYSTEME DE TRAITEMENT AUTOMATISE et ENTRAVE AU FONCTIONNEMENT D'UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES. Procédure Correctionnelle. Parquet N°16 351 000673. Instruction N°821/18/2. REQUALIFICATION NON LIEU PARTIEL pour certains faits. RENVOI DEVANT LE TC. MAINTIEN EN DETENTION. Quantum de validité de 2 mois (21/09/2020). | | | | | | | | | | |
| 04/09/2020 | 01 | notification de la décision en date du 04/09/2020. Détention provisoire extraditionnelle du 27/06/2018 au 23/01/2020 en GRÈCE, | | | | | | | | | | |
| 14/09/2020 | 01 | jugement en date du 14/09/2020, par 13°CH/1 , au TC PARIS. Procédure Correctionnelle. contradictoire. MAINTIEN EN DETENTION-renvoi à une audience ultérieure. Date audience de renvoi 19/10/2020. Audiences du 19/10/2020 au 22/10/2020 Et prolonge la DP de 2 mois à/c du 21/09/2020. | | | | | | | | | | |
| 08/10/2020 | | Levée d'écrou transfert le 08/10/2020 à 14:24 de Centre Pénitentiaire de Fresnes vers Centre Pénitentiaire de Paris La Santé pour l'écrou N° 1008719 | | | | | | | | | | |
| 08/10/2020 | | Ecroué après transfert le 08/10/2020 à CP PARIS LA SANTE sous le N° 307355 | | | | | | | | | | |

Centre Pénitentiaire de Paris La Santé
42 rue de la Santé
75674 PARIS 14EME
Téléphone :

Édité le 17/11/2021 à 11h12

Page 5/11

Ministère de la Justice
Direction de l'administration pénitentiaire
Direction Interrégionale des Services Pénitentiaires de Paris
Centre Pénitentiaire de Paris La Santé

| | |
|---|---|
| **N° Écrou :** | 307355 |
| **Nom :** | VINNIK |
| **Prénom :** | Alexander |
| **UGC :** | EBCQI10 |

| | |
|---|---|
| **Date de naissance :** | ▇/1979 |
| **Fin période de sûreté :** | |
| **Date libération prévisionnelle :** | 27/06/2023 |
| **Situation pénale manuelle :** | Non |

| Date écriture | Affaire | Commentaire | Début de peine | Peine à subir | Reliquat à subir LC, Suspension, Fractionnement | A soustraire | | | A ajouter | | Période de sûreté | Fin de peine |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | DP | RP, CRP, RSP, Grâce | Confusion amnistie | Retrait RP, CRP, RSP, DP, Grâce | évasion | | |
| | | TRAITEMENT AUTOMATISE et EXTORSION PAR VIOLENCE, MENACE OU CONTRAINTE DE SIGNATURE, PROMESSE, SECRET, FONDS, VALEUR OU BIEN et EXTORSION PAR VIOLENCE, MENACE OU CONTRAINTE DE SIGNATURE, PROMESSE, SECRET, FONDS, VALEUR OU BIEN, tentative et PARTICIPATION A ASSOCIATION DE MALFAITEURS EN VUE DE LA PREPARATION D'UN DELIT PUNI DE 10 ANS D'EMPRISONNEMENT et BLANCHIMENT AGGRAVE : AIDE EN BANDE ORGANISEE A LA JUSTIFICATION MENSONGERE DE L'ORIGINE DES BIENS OU REVENUS DE L'AUTEUR D'UN DELIT et ATTEINTE A UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES A CARACTERE PERSONNEL MIS EN OEUVRE PAR L'ETAT, COMMISE EN BANDE ORGANISEE. Procédure Correctionnelle. contradictoire. Parquet N°16351000673. Chambre N°13/1. MAINTIEN EN DETENTION-délibéré. Date de délibéré 07/12/2020. | | | | | | | | | | |
| 07/12/2020 | 01 | jugement en date du 07/12/2020, par Président, au TC PARIS. Pour BLANCHIMENT AGGRAVE : AIDE EN BANDE ORGANISEE A LA JUSTIFICATION MENSONGERE DE L'ORIGINE DES BIENS OU REVENUS DE L'AUTEUR D'UN DELIT. Procédure Correctionnelle. contradictoire. Parquet N°16351000673. Chambre N°13/1. RELAXE SUR LE SURPLUS, EMPRISONNEMENT DELICTUEL. Quantum de peine de 5 ans. Avec maintien en détention. EXECUTION CONFONDUE-détention provisoire sur incarcération courante. Du 27/06/2018 au 23/01/2020, soit 1 an, 6 mois et 27 jours. DP Extraditionnelle effectuée en GRÈCE. | (23/01/2020) | (5 a) | | | | | | | | (23/01/2025) |
| | | EXECUTION CONFONDUE-détention provisoire sur incarcération courante | (23/01/2025) | | | (1 a, 6 m et 27 j) | | | | | | (27/06/2023) |
| 17/12/2020 | 01 | appel en date du 17/12/2020, par Avocat. Pour BLANCHIMENT AGGRAVE : AIDE EN BANDE ORGANISEE A LA JUSTIFICATION MENSONGERE DE L'ORIGINE DES BIENS OU REVENUS DE L'AUTEUR D'UN DELIT. Sur jugement en date du 07/12/2020. | | | | | | | | | | |

Centre Pénitentiaire de Paris La Santé
42 rue de la Santé
75674 PARIS 14EME
Téléphone :

Édité le 17/11/2021 à 11h12

Page 7/11

Ministère de la Justice
Direction de l'administration pénitentiaire
Direction Interrégionale des Services Pénitentiaires de Paris
Centre Pénitentiaire de Paris La Santé

| | |
|---|---|
| N° Écrou : | 307355 |
| Nom : | VINNIK |
| Prénom : | Alexander |
| UGC : | EBCQI10 |

| | |
|---|---|
| Date de naissance : | ▉/1979 |
| Fin période de sûreté : | |
| Date libération prévisionnelle : | 27/06/2023 |
| Situation pénale manuelle : | Non |

| Date écriture | Affaire | Commentaire | Début de peine | Peine à subir | Reliquat à subir LC, Suspension, Fractionnement | A soustraire | | | A ajouter | | Période de sûreté | Fin de peine |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | DP | RP, CRP, RSP, Grâce | Confusion amnistie | Retrait RP, CRP, RSP, DP, Grâce | évasion | | |
| | | TRAITEMENT AUTOMATISE et ENTRAVE AU FONCTIONNEMENT D'UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES et MODIFICATION FRAUDULEUSE DE DONNEES CONTENUES DANS UN SYSTEME DE TRAITEMENT AUTOMATISE et ATTEINTE A UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES A CARACTERE PERSONNEL MIS EN OEUVRE PAR L'ETAT, COMMISE EN BANDE ORGANISEE. Procédure Correctionnelle. contradictoire. Parquet N°163510000673. MAINTIEN EN DETENTION-délibéré. Date de délibéré 24/06/2021. | | | | | | | | | | |
| 24/06/2021 | 01 | arrêt correctionnel en date du 24/06/2021, par Président, à la CA PARIS. Pour ATTEINTE A UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES A CARACTERE PERSONNEL MIS EN OEUVRE PAR L'ETAT, COMMISE EN BANDE ORGANISEE et MAINTIEN FRAUDULEUX DANS UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES et ENTRAVE AU FONCTIONNEMENT D'UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES et ACCES FRAUDULEUX DANS UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES et INTRODUCTION FRAUDULEUSE DE DONNEES DANS UN SYSTEME DE TRAITEMENT AUTOMATISE et EXTORSION PAR VIOLENCE, MENACE OU CONTRAINTE DE SIGNATURE, PROMESSE, SECRET, FONDS, VALEUR OU BIEN et EXTORSION PAR VIOLENCE, MENACE OU CONTRAINTE DE SIGNATURE, PROMESSE, SECRET, FONDS, VALEUR OU BIEN, tentative et PARTICIPATION A ASSOCIATION DE MALFAITEURS EN VUE DE LA PREPARATION D'UN DELIT PUNI DE 10 ANS D'EMPRISONNEMENT et BLANCHIMENT AGGRAVE : AIDE EN BANDE ORGANISEE A LA JUSTIFICATION MENSONGERE DE L'ORIGINE DES BIENS OU REVENUS DE L'AUTEUR D'UN DELIT et MODIFICATION FRAUDULEUSE DE DONNEES CONTENUES DANS UN SYSTEME DE TRAITEMENT AUTOMATISE. Procédure Correctionnelle. contradictoire. Parquet N°16351000673. Chambre N°11 pôle 2. EMPRISONNEMENT DELICTUEL. Quantum de peine de 5 ans. Avec maintien en détention. | (23/01/2020) | (5 a) | | | | | | | | (23/01/2025) |

Centre Pénitentiaire de Paris La Santé
42 rue de la Santé
75674 PARIS 14EME
Téléphone :

Ministère de la Justice
Direction de l'administration pénitentiaire
Direction Interrégionale des Services Pénitentiaires de Paris
Centre Pénitentiaire de Paris La Santé

N° Écrou : 307355
Nom : VINNIK
Prénom : Alexander
UGC : EBCQI10

Date de naissance : ▓▓▓/1979
Fin période de sûreté :
Date libération prévisionnelle : 27/06/2023
Situation pénale manuelle : Non

| Date écriture | Affaire | Commentaire | Début de peine | Peine à subir | Reliquat à subir LC, Suspension, Fractionnement | A soustraire | | | A ajouter | | Période de sûreté | Fin de peine |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | DP | RP, CRP, RSP, Grâce | Confusion amnistie | Retrait RP, CRP, RSP, DP, Grâce | évasion | | |
| 22/07/2021 | 01 | décision pénale impactant l'exécution d'une peine en date du 22/07/2021. Pour ATTEINTE A UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES A CARACTERE PERSONNEL MIS EN OEUVRE PAR L'ETAT, COMMISE EN BANDE ORGANISEE et MAINTIEN FRAUDULEUX DANS UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES et ENTRAVE AU FONCTIONNEMENT D'UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES et ACCES FRAUDULEUX DANS UN SYSTEME DE TRAITEMENT AUTOMATISE DE DONNEES et INTRODUCTION FRAUDULEUSE DE DONNEES DANS UN SYSTEME DE TRAITEMENT AUTOMATISE et EXTORSION PAR VIOLENCE, MENACE OU CONTRAINTE DE SIGNATURE, PROMESSE, SECRET, FONDS, VALEUR OU BIEN et EXTORSION PAR VIOLENCE, MENACE OU CONTRAINTE DE SIGNATURE, PROMESSE, SECRET, FONDS, VALEUR OU BIEN, tentative et PARTICIPATION A ASSOCIATION DE MALFAITEURS EN VUE DE LA PREPARATION D'UN DELIT PUNI DE 10 ANS D'EMPRISONNEMENT et BLANCHIMENT AGGRAVE : AIDE EN BANDE ORGANISEE A LA JUSTIFICATION MENSONGERE DE L'ORIGINE DES BIENS OU REVENUS DE L'AUTEUR D'UN DELIT et MODIFICATION FRAUDULEUSE DE DONNEES CONTENUES DANS UN SYSTEME DE TRAITEMENT AUTOMATISE. CADUCITE. Quantum de peine de 11 mois. CRP Aff 1, l'intéressé ayant formé un pourvoi en cassation. | 27/07/2022 | | | | | | 11 m | | | 27/06/2023 |

Centre Pénitentiaire de Paris La Santé
42 rue de la Santé
75674 PARIS 14EME
Téléphone :

Édité le 17/11/2021 à 11h12

Page 11/11

Ministère de la Justice
Direction de l'administration pénitentiaire
Direction Interrégionale des Services Pénitentiaires de Paris
Centre Pénitentiaire de Paris La Santé

N° Écrou : 307355
Nom : VINNIK
Prénom : Alexander
UGC : EBCQI10

Date de naissance : /1979
Fin période de sûreté :
Date libération prévisionnelle : 27/06/2023
Situation pénale manuelle : Non

## FICHE PENALE – VOLET 1

### État Civil Principal

| | | | | | |
|---|---|---|---|---|---|
| Nom : | VINNIK | Date de naissance : | /1979 | Fils de : | VINNIK Vladimir |
| Nom Marital : | | Commune de naissance : | KURGAN | Et de : | VINNIK Vera |
| Prénom(s) : | Alexander | Département ou Pays de naissance : | FEDERATION DE RUSSIE | Alias : | |
| Surnom : | | Nationalité(s) : | russe | N° de sécurité sociale : | 716010004213410 |
| Sexe : | Masculin | Langue parlée principale : | | | |

### État civil complémentaire

**Domicile**
Voie : 21 RUE VTORAYA NOVOOSTANKINSKAIA
Complément d'adresse 1 : APPT 138
Complément d'adresse 2 :
Lieu-dit :
Commune géographique :
Code postal :
Localité : MOSCOU
Pays : FEDERATION DE RUSSIE

**Situation familiale**
Situation familiale : marié
Nombre d'enfants : dont né(s) en détention :
Enfant laissé à la garde de l'autre parent : Non

**Personne à prévenir**
Nom, Prénom :
Qualité :
Adresse : FRANCE
Téléphone :

**Informations physiques**
Taille (cm) :
Yeux :
Cheveux :
Signes particuliers :
Observations :

**Situation professionnelle**
Niveau d'instruction :
Profession exercée :
Situation emploi :

### Informations pénitentiaires

**Écrou initial :**
A déjà été incarcéré :
N° Écrou initial : 6378511008719
Établissement initial : Centre Pénitentiaire de Fresnes
Liste des établissements successifs d'affectation :
1 : CP FRESNES N° 1008719 du 24/01/2020 au 08/10/2020
2 : CP PARIS LA SANTE N° 307355 du 08/10/2020 à ce jour

**Écrou courant :**
Type de provenance : Etablissement
Cat. Pénale à l'écrou : Prévenu
Nature du titre : mandat de dépôt
Date : 08/10/2020
Origine : TJ PARIS
Procédure : Criminelle

Date et heure de l'écrou : 08/10/2020 14:56
Type d'écrou : Ecrou après transfert
Statut : Hébergé
UGC : EBCQI10
Fin période de sûreté :

**Quantum de peine :**

**Infractions :**
EXTORSION EN BANDE ORGANISEE

Centre Pénitentiaire de Paris La Santé
42 rue de la Santé
75674 PARIS 14EME
Téléphone :

Édité le 17/11/2021 à 11h12

Page 1/11

REPUBLIQUE FRANCAISE
MINISTERE DE L'INTERIEUR
DIRECTION GENERALE DE LA POLICE NATIONALE
PREFECTURE DE POLICE DE PARIS
--------

CSP DU 14EME
ARRONDISSEMENT DE PARIS
DTSP75
114, AVENUE DU MAINE
75014 PARIS
Tel : 3430
Fax : 01 42 26 90 60
Code INSEE : 75114351

**P. V. : n°2021/011995**
----------------
**AFFAIRE :**
**C/Alexander VINNIK**

**OBJET :**
**CLOTURE**

# PROCES-VERBAL

L'an deux mil vingt et un,
Le vingt quatre novembre, à quatorze heures cinquante six

Nous, STEVE MENU
BRIGADIER DE POLICE
En fonction à PARIS 14

AGENT DE POLICE JUDICIAIRE en résidence à PARIS
--- Nous trouvant au service,
--- Agissant en exécution des instructions contenues dans le soit-transmis n° SANS
REF en date du 19/10/2021 de Monsieur Monsieur le Procureur de la République,
PROCUREUR DE LA REPUBLIQUE près le TJ PARIS, ---
--- Agissant en matière d'enquête préliminaire,
--- Vu les articles 75 et suivants du Code de procédure pénale, ---

--- Mentionnons clôturer la présente procédure pour être transmise à Monsieur le
Procureur de la République PARQUET DE PARIS
--- Dont acte.

L' AGENT DE POLICE JUDICIAIRE

**CLOTURE ET TRANSMISSION**

--- Dont procès-verbal clos ce jour, 24 novembre 2021, pour être transmis à
Monsieur le Procureur de la République PARQUET DE PARIS ---

LE COMMANDANT DE POLICE

Le capitaine de Polic

Peggy BUSSILLET

SAUVAGET Florent

2021/0080033507

PROCÈS-VERBAL

U.S. ATTORNEY'S OFFICE
SAN FRANCISCO, CA

2022 JAN 27  PM 1:46
RECEIVED