# Exhibit C

JTG, Inc.
11190 Sunrise Valley Drive.
Suite 301
Reston, Virginia
20191

1.703.548.9570  voice
1.877.746.8906  toll free
1.703.548.8223  fax

jtg-inc.com

# CERTIFICATE OF TRANSLATION

I,  Ewa Rurarz-Huygens, certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities. Archival seals, stamps, and certifications have been translated here.

Document Names:
**Image_002**
**Image_003**

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed this day of February 15, 2022

*[signature]*

Signature