STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:19-cv-04281 KAW |
| Plaintiff, | **STATUS REPORT** |
| v. | |
| BTC-e, a/k/a CANTON BUSINESS CORP., and ALEXANDER VINNIK, | |
| Defendants. | |

    Plaintiff United States of America (the "United States") respectfully submits this status report pursuant to the Court's Order dated April 22, 2022. *See* ECF No. 30.

    As the United States previously reported to the Court, the United States completed service on defendants BTC-e, a/k/a Canton Business Corp., and Alexander Vinnik (collectively, "Defendants") under Federal Rule of Civil Procedure 4(f)(1) and the Hague Service Convention on November 18, 2021, and Defendants' response to the complaint was due within twenty-one (21) days thereafter, *i.e.*, on or before December 9, 2021, under Federal Rule of Civil Procedure 12(a)(1)(A)(i). *Id.* As of April 18, 2022, Defendants had failed to answer or otherwise respond to the complaint. *Id.* Accordingly, the United States respectfully requested that the Court allow the United States to file another status report in thirty (30) days, or by May 18, 2022, regarding whether Defendants have answered or otherwise

responded to the complaint, and stated that if Defendants had not responded to the complaint by that date, the United States would seek entry of default against any non-responding Defendant pursuant to Federal Rule of Civil Procedure 55. *Id.*

To date, Defendants have failed to answer or otherwise respond to the complaint. The United States intends to seek entry of default against Defendants pursuant to Federal Rule of Civil Procedure 55 no later than July 18, 2022. Should the Court require any further status updates in the meantime, the United States shall provide such updates as ordered by the Court.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated: May 18, 2022          By:    */s/ Savith Iyengar*
                                    SAVITH IYENGAR
                                    Assistant United States Attorney