STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

>450 Golden Gate Avenue, Box 36055
>San Francisco, California 94102-3495
>Telephone: (415) 436-7200
>Fax: (415) 436-6748
>savith.iyengar@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BTC-e, a/k/a CANTON BUSINESS CORP.,<br><br>and<br><br>ALEXANDER VINNIK,<br><br>    Defendants. | CASE NO. 4:19-cv-04281 KAW<br><br>**DECLARATION OF SAVITH IYENGAR IN SUPPORT OF THE UNITED STATES' REQUEST TO ENTER DEFAULT OF ALEXANDER VINNIK** |

I, SAVITH IYENGAR, declare and state the following:

1. I am over the age of 18 and competent to testify as to the matters set forth in this declaration.

2. I am employed as an Assistant United States Attorney in the Office of the United States Attorney for the Northern District of California.

3. As reflected in the proofs of service filed on the docket, copies of the Summons issued in the name of Alexander Vinnik on July 26, 2019 (ECF No. 5) and the United States' Complaint (ECF No. 1), as well as other case opening documents, were personally served on Alexander Vinnik on November 18, 2021. ECF Nos. 24, 29, 29-1, 29-2, 29-3.

4. To date, the docket reflects no answer or other pleading from Alexander Vinnik in the

above-captioned case.

5. By my calculation, twenty-one (21) days after November 18, 2021 is December 9, 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 18, 2022, in San Francisco, California.

                                        */s/ Savith Iyengar*
                                        SAVITH IYENGAR
                                        Assistant United States Attorney