UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BTC-E, et al.,<br><br>　　　　Defendants. | Case No. 4:19-cv-04281-KAW<br><br>**STATUS REPORT ORDER**<br><br>Re: Dkt. Nos. 34, 35 |

On July 19, 2022, the Clerk entered default against defendants BTC-e (a/k/a Canton Business Corporation) and Alexander Vinnik. (Dkt. Nos. 34 & 35.)  To date, the United States has not filed a motion for default judgment.

Accordingly, on or before October 14, 2022, the United States shall file a motion for default judgment or, in the alternative, a status report explaining when the Government expects to file such a motion and the reason for the delay.

IT IS SO ORDERED.

Dated: September 13, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge