**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**JODI LINKER**
*Federal Public Defender*
**DAVID RIZK**
*Assistant Federal Public Defender*

Telephone:  (415) 436-7700
Fax:  (415) 436-7706

October 6, 2022

The Honorable Kandis A. Westmore
United States Magistrate Judge
Oakland Courthouse 2nd Floor
1301 Clay Street
Oakland, CA 94612

RE:  *United States v. Alexander Vinnik,* 19-CV-04281 KAW

Dear Judge Westmore:

I am court-appointed counsel representing Alexander Vinnik in United States v. Alexander Vinnik, 16-CR-00227 SI. As you know, I cannot represent Mr. Vinnik in the above-referenced civil action. However, Mr. Vinnik requested that I convey the following message to the Court as part of the record in the case:

> I am Russian and I cannot read or write English. I have been incarcerated for the last five years overseas and now I am in custody in Santa Rita Jail. I am unable to afford a lawyer and I do not understand the legal papers I have received. I request that this matter be delayed until my criminal case is resolved.

Thank you for your understanding and consideration.

Sincerely,

JODI LINKER
Federal Public Defender
Northern District of California

/S

DAVID RIZK
Assistant Federal Public Defender