# Exhibit A

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> **Savith Iyengar, Esq | SBN: 268342** <br> **U.S. Attorney's Office** <br> **450 Golden Gate Ave., 9th Floor   San Francisco, CA 94102** <br> TELEPHONE NO.: (415) 436-7200 | FAX NO. (415) 436-6748 | E-MAIL ADDRESS: <br> ATTORNEY FOR: Plaintiff: United States of America | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 450 GOLDEN GATE #1111
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: NORTHERN DISTRICT

PLAINTIFF: United States of America
DEFENDANT: BTC-e, a/k/a Canton Business Corporation and Alexander Vinnik

CASE NUMBER: 4:19-cv-04281-KAW
Hearing Date:
Ref. No. or File No.: United States of America

## PROOF OF SERVICE OF SUMMONS

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: **See attached Document List**
3. a. Party served *(specify name of party as shown on documents served)*:
   **Alexander Vinnik**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: **Santa Rita Jail**
   **5325 Broder Blvd**
   **Dublin, CA 94568**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **10/5/2022**   (2) at *(time)*: **4:40 PM**

   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*:   **or** ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/268970

e-Legal Services, Inc.
444 Higuera St., Ste.100
San Luis Obispo, CA 93401
Phone: (805) 439-1800   Fax: (805) 439-1802

Continued from Proof of Service

**CLIENT:** U.S. Attorney's Office

**CLIENT FILE #:** United States of America

**DATE:** October 5, 2022

**SUBJECT:** Alexander Vinnik

Summons; Complaint; Civil Case Cover Sheet (served in complex cases only); Clerk's Notice Regarding Assignment to United States Magistrate Judge Kandis A. Westmore and Election Form (ECF No. 6); Standing Order for Magistrate Judge Kandis A. Westmore, Settlement Conference Standing Order for Magistrate Judge Kandis A. Westmore, Notice Re: Telephonic Appearance Procedures for Magistrate JudgeKandis A. Westmore and Attachment A, and U.S. Magistrate Judge Kandis A. Westmore Sample of Trial Exhibit Tags; Standing Order for All Judges of the Northern District of California; ECF Registration Information; Notice of Lawsuit and Request to Waiver Service of Summons; Waiver of the Service of Summons; Notice of Assignment of Case to United States Magistrate Judge for Trial and Election Form; Certificate of Transmission to the French Central Authority for Service under the Hague Service Convention(ECF No. 24); Status Report and Proposed Order and Exhibits A-C (Reflecting Proof of Service by French Central Authority on Vinnik in France) (ECF Nos 29, 29-1, 29-2, 29-3); United States' Request to Enter Default of Vinnik and Declaration (ECF Nos. 32, 32-1); United States' Request to Enter Default of BTC-e and Declaration (ECF Nos. 33, 33-1); Copy of Docket (Reflecting Clerk of Court's Entry of Default), Dated October 3, 2022 Status Report Order (ECF No. 36);

PETITIONER: United States of America  Case 4:19-cv-04281-KAW Document 38-1 Filed 10/14/22 Page 4 of 4 CASE NUMBER: 4:19-cv-04281-KAW

RESPONDENT: BTC-e, a/k/a Canton Business Corporation and Alexander Vinnik

HEARING DATE:

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                       (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☑ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)                            ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)                       ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)     ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)             ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)                              ☐ 415.46 (occupant)
                                                                        ☐ other:

7. Person who served papers
   a. (Name:) DEPUTY S. WILLIAMS #2441
   b. Address: **5325 Broder Blvd Dublin, CA 94568**
   c. Telephone number: **(925) 551-6500**
   d. **The fee** for service was: $
   e. I am:
     (1) ☐ not a registered California process server.
     (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☐ registered California process server:
        (i) ☐ owner   ☐ employee   ☐ independent contractor.
        (ii) Registration No.:
        (iii) County:

8. ☐ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☑ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **10/5/2022**

e-Legal Services, Inc.
444 Higuera St., Ste.100
San Luis Obispo, CA 93401   | (805) 439-1800
San Luis Obispo County # 205

DEPUTY S. WILLIAMS #2441
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

                                                       (SIGNATURE)