# Exhibit B

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Savith Iyengar, Esq | SBN: 268342<br>U.S. Attorney's Office<br>450 Golden Gate Ave., 9th Floor  San Francisco, CA 94102<br>TELEPHONE NO.: (415) 436-7200 | FAX NO. (415) 436-6748 | E-MAIL ADDRESS:<br>ATTORNEY FOR: Plaintiff: United States of America | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 450 GOLDEN GATE #1111
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: NORTHERN DISTRICT

PLAINTIFF: United States of America

DEFENDANT: BTC-e, a/k/a Canton Business Corporation and Alexander Vinnik

CASE NUMBER: 4:19-cv-04281-KAW
Hearing Date:

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: United States of America

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents):* See attached Document List
3. a. Party served *(specify name of party as shown on documents served):*
   **BTC-e, a/k/a Canton Business Corporation**
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Alexander Vinnik - (Officer and/or Agent)**
4. Address where the party was served: **Santa Rita Jail**
   **5325 Broder Blvd**
   **Dublin, CA 94568**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **10/5/2022**    (2) at *(time):* 4:40PM
   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*    **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/268968

e-Legal Services, Inc.
444 Higuera St., Ste.100
San Luis Obispo, CA 93401
Phone: (805) 439-1800   Fax: (805) 439-1802

Continued from Proof of Service

**CLIENT:** U.S. Attorney's Office
**CLIENT FILE #:** United States of America                     **DATE:** October 5, 2022

**SUBJECT:** BTC-e, a/k/a Canton Business Corporation

Summons; Complaint; Civil Case Cover Sheet (served in complex cases only); Clerk's Notice Regarding Assignment to United States Magistrate Judge Kandis A. Westmore and Election Form (ECF No. 6); Standing Order for Magistrate Judge Kandis A. Westmore, Settlement Conference Standing Order for Magistrate Judge Kandis A. Westmore, Notice Re: Telephonic Appearance Procedures for Magistrate JudgeKandis A. Westmore and Attachment A, and U.S. Magistrate Judge Kandis A. Westmore Sample of Trial Exhibit Tags; Standing Order for All Judges of the Northern District of California; ECF Registration Information; Notice of Lawsuit and Request to Waiver Service of Summons; Waiver of the Service of Summons; Notice of Assignment of Case to United States Magistrate Judge for Trial and Election Form; Certificate of Transmission to the French Central Authority for Service under the Hague Service Convention(ECF No. 24); Status Report and Proposed Order and Exhibits A-C (Reflecting Proof of Service by French Central Authority on Vinnik in France) (ECF Nos 29, 29-1, 29-2, 29-3); United States' Request to Enter Default of Vinnik and Declaration (ECF Nos. 32, 32-1); United States' Request to Enter Default of BTC-e and Declaration (ECF Nos. 33, 33-1); Copy of Docket (Reflecting Clerk of Court's Entry of Default), Dated October 3, 2022 Status Report Order (ECF No. 36);

e-LEGAL SERVICES, INC.
Court Filings • Process Serving • Reprographics

Order#: 268968/DocAtt2010

| PETITIONER: United States of America | CASE NUMBER: |
|---|---|
| | 4:19-cv-04281-KAW |
| RESPONDENT: BTC-e, a/k/a Canton Business Corporation and Alexander Vinnik | HEARING DATE: |

- c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  - (1) on *(date):*  (2) from *(city):*
  - (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
  - (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
- d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   - a. ☐ as an individual defendant.
   - b. ☐ as the person sued under the fictitious name of *(specify):*
   - c. ☐ as occupant.
   - d. ☑ On behalf of *(specify):* **BTC-e, a/k/a Canton Business Corporation**
     under the following Code of Civil Procedure section:
     - ☑ 416.10 (corporation)
     - ☐ 416.20 (defunct corporation)
     - ☐ 416.30 (joint stock company/association)
     - ☐ 416.40 (association or partnership)
     - ☐ 416.50 (public entity)
     - ☐ 415.95 (business organization, form unknown)
     - ☐ 416.60 (minor)
     - ☐ 416.70 (ward or conservatee)
     - ☐ 416.90 (authorized person)
     - ☐ 415.46 (occupant)
     - ☐ other:

7. **Person who served papers**
   - a. Name: Deputy S. Williams #2441
   - b. Address: **5325 Broder Blvd Dublin, CA 94568**
   - c. Telephone number: **(925) 551-6500**
   - d. **The fee** for service was: $
   - e. I am:
     - (1) ☐ not a registered California process server.
     - (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
     - (3) ☐ registered California process server:
       - (i) ☐ owner  ☐ employee  ☐ independent contractor.
       - (ii) Registration No.:
       - (iii) County:

8. ☐ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☑ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **10/5/2022**

**e-Legal Services, Inc.
444 Higuera St., Ste.100
San Luis Obispo, CA 93401  | (805) 439-1800
San Luis Obispo County # 205**

DEPUTY S. WILLIAMS #2441
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

POS-010 [Rev January 1, 2007]   **PROOF OF SERVICE OF SUMMONS**   Page 2 of 2
POS-010/268968