UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BTC-E, et al.,<br><br>    Defendants. | Case No. 4:19-cv-04281-KAW<br><br>**ORDER STAYING CASE AND STATUS REPORT ORDER**<br><br>Re: Dkt. No. 38 |

On July 19, 2022, the Clerk entered default against defendants BTC-e (a/k/a Canton Business Corporation) and Alexander Vinnik. (Dkt. Nos. 34 & 35.) On September 13, 2022, the Court ordered the United States to file a motion for default judgment or, in the alternative, a status report explaining when the Government expected to file such a motion and the reason for the delay. (Dkt. No. 36.)

On October 6, 2022, Defendant Vinnik's Federal Public Defender explained that, while she cannot represent him in the civil matter, Mr. Vinnick was currently in custody at Santa Rita Jail on pending criminal charges and that he requested that the instant case be delayed until his criminal case was resolved. (Dkt. No. 37.)

On October 14, 2022, the United States filed a status report and informed the undersigned that it was amenable to staying the civil action while the active criminal proceedings were ongoing. (Dkt. No. 38 at 3.)

//
//
//
//

Accordingly, the civil case is STAYED pending the resolution of Defendant Vinnik's criminal proceeding, *United States v. Vinnik,* 16-cr-00227-SI. The United States shall provide regular status reports regarding the status of the criminal proceeding until that matter is resolved. The first status report is due on or before April 17, 2023, and every 180 days thereafter.

IT IS SO ORDERED.

Dated: October 18, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge