ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:19-cv-04281 KAW |
| Plaintiff, | **STATUS REPORT** |
| v. | |
| BTC-e, a/k/a CANTON BUSINESS CORP., | |
| and | |
| ALEXANDER VINNIK, | |
| Defendants. | |

    Plaintiff United States of America ("United States") respectfully submits this status report pursuant to the Court's Order Staying Case and Status Report Order, dated October 18, 2022, which stayed this civil action against defendants Alexander Vinnik ("Vinnik") and BTC-e "pending the resolution of [ ] Vinnik's criminal proceeding, *United States v. Vinnik,* 16-cr-00227-SI," and ordered the United States to provide status reports to this Court on April 17, 2023 and every 180 days thereafter "regarding the status of the criminal proceeding until that matter is resolved." ECF No. 39 at 2.

    Vinnik's criminal proceeding remains ongoing. A status hearing is currently set for June 2, 2023, at which time the parties are expected to set the case for trial.

///

///

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | ISMAIL J. RAMSEY<br>United States Attorney |
| Dated: April 17, 2023 | By: | */s/ Savith Iyengar*<br>SAVITH IYENGAR<br>Assistant United States Attorney |