ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7200
      Fax: (415) 436-6748
      savith.iyengar@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:19-cv-04281 KAW |
| Plaintiff, | **STATUS REPORT** |
| v. | |
| BTC-e, a/k/a CANTON BUSINESS CORP., | |
| and | |
| ALEXANDER VINNIK, | |
| Defendants. | |

      Plaintiff United States of America ("United States") respectfully submits this status report

pursuant to the Court's Order Staying Case and Status Report Order, dated October 18, 2022, which

stayed this civil action against defendants Alexander Vinnik ("Vinnik") and BTC-e "pending the

resolution of [ ] Vinnik's criminal proceeding, *United States v. Vinnik,* 16-cr-00227-SI," and ordered the

United States to provide status reports to this Court on April 17, 2023 and every 180 days thereafter

"regarding the status of the criminal proceeding until that matter is resolved."  ECF No. 39 at 2.  The

United States provided its first status report on April 17, 2023, reporting to the Court that Vinnik's

criminal proceeding was ongoing, that a status hearing was set for June 2, 2023, and that at that time, the

parties expected to set the case for trial.  ECF No. 40.

      The United States now respectfully reports that Vinnik's criminal proceeding remains ongoing.

1   Following the status hearings in June 2023, the case was set for trial in February 2024.  However,

2   following Vinnik's retention of new defense counsel in August 2023, the February 2024 trial date was

3   vacated and, based on the parties' joint request, the trial was continued to a date to be determined in

4   September 2024.  The next status hearing in Vinnik's criminal proceeding is set for November 17, 2023.

5

6                                              Respectfully submitted,

7

8                                              ISMAIL J. RAMSEY
                                               United States Attorney

9   Dated: October 16, 2023          By:      /s/ Savith Iyengar
                                               SAVITH IYENGAR
10                                             Assistant United States Attorney