ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:19-cv-04281 KAW |
| Plaintiff, | **STATUS REPORT** |
| v. | |
| BTC-e, a/k/a CANTON BUSINESS CORP., | |
| and | |
| ALEXANDER VINNIK, | |
| Defendants. | |

Plaintiff United States of America ("United States") respectfully submits this status report pursuant to the Court's Order Staying Case and Status Report Order, dated October 18, 2022, which stayed this civil action against defendants Alexander Vinnik ("Vinnik") and BTC-e "pending the resolution of [ ] Vinnik's criminal proceeding, *United States v. Vinnik,* 16-cr-00227-SI," and ordered the United States to provide status reports to this Court on April 17, 2023 and every 180 days thereafter "regarding the status of the criminal proceeding until that matter is resolved." ECF No. 39 at 2. The United States provided its first status report on April 17, 2023, reporting to the Court that Vinnik's criminal proceeding was ongoing, that a status hearing was set for June 2, 2023, and that at that time, the parties expected to set the case for trial. ECF No. 40. The United States' second status report, dated October 16, 2023, reported that Vinnik's criminal proceeding remained ongoing, that the trial date had

been set for February 2024 then continued to a date to be determined in September 2024, and that the next status hearing was set for November 17, 2023.  ECF No. 41.  The United States' third status report, dated April 12, 2024, reported that Vinnik's criminal proceeding remained ongoing, with a change of plea hearing set for May 3, 2024.  ECF No. 42.

The United States now respectfully reports that Vinnik entered into a written Plea Agreement pursuant to Federal Rules of Criminal Procedure 11(c)(1)(A) and 11(c)(1)(B) on May 3, 2024, pleading guilty to money laundering conspiracy in violation of 18 U.S.C. § 1956(h).  Sentencing is set to take place on January 17, 2025.

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

Dated: September 10, 2024        By:    */s/ Savith Iyengar*
                                        SAVITH IYENGAR
                                        Assistant United States Attorney